1  Steve W. Berman (*Pro Hac Vice* to be filed)
   Anthea Grivas (*Pro Hac Vice* to be filed)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
3  Seattle, WA 98101
   Telephone: (206) 623-7292
4  Facsimile: (206) 623-0594
   steve@hbsslaw.com
5  antheag@hbsslaw.com

6  Robert C. Hilliard (*Pro Hac Vice* to be filed)
   Marion Reilly (*Pro Hac Vice* to be filed)
7  HILLIARD MUÑOZ GONZALES L.L.P.
   719 S Shoreline Blvd., Suite #500
8  Corpus Christi, TX 78401
   Telephone:  (361) 882-1612
9  Facsimile:  (361) 882-3015
   bobh@hmglawfirm.com
10 marion@hmglawfirm.com

11
12 *Counsel for Plaintiff Gail Payne*

13 *[Additional Counsel on Signature Page]*

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16 GAIL PAYNE, individually and on behalf of all        No.
17 others similarly situated,

18                          Plaintiff,

19          v.                                           CLASS ACTION COMPLAINT

20 OFFICE OF THE COMMISSIONER OF
21 BASEBALL (d/b/a MAJOR LEAGUE               **JURY TRIAL DEMANDED**
   BASEBALL); and ROBERT D. MANFRED,
22 JR.,

23                          Defendants.

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

I.   INTRODUCTION ................................................................................................ 1

II.  JURISDICTION AND VENUE ......................................................................... 6

III. PARTIES ............................................................................................................ 6

    A.   Plaintiff ..................................................................................................... 6

    B.   Defendants ................................................................................................ 7

IV.  FACTUAL BACKGROUND ............................................................................. 8

    A.   The Evolution of Spectator Protection at MLB Ballparks ........................ 8

        1.   No Protection for Fans at Turn of the Century............................... 8

        2.   Netting technology. ........................................................................ 9

        3.   Limitations of current netting. ..................................................... 10

        4.   Netted seats – "VIP only."............................................................ 12

    B.   Risks to Spectators in Exposed Area of Ballpark.................................... 13

        1.   Frequency of Injury. .................................................................... 13

        2.   The New Generation of Fan Watches the Game Differently and is at Increased Risk. ........................................................... 13

        3.   The most dangerous areas. ........................................................... 14

        4.   Speed and force of a flying baseball............................................ 15

        5.   Risk to players, coaches and umpires........................................... 17

        6.   Why spectators, and particularly children, are at most risk. ........ 18

    C.   Risk From Broken Bats ........................................................................... 19

        1.   The change to more dangerous bats. ............................................ 19

        2.   Frequency of shattered bats. ........................................................ 19

        3.   Injuries to players, coaches and umpires...................................... 19

    D.   An Injury Scorecard – The Modern Day Slaughter Pen.......................... 20

        1.   Frequency and overall amount of injuries from errant balls and bats........................................................................................ 20

        2.   Deaths in MLB ballparks............................................................. 20

3.    An epidemic of injuries. ...................................................... 21

E.    Players Demand Adequate Netting for Spectators ..................................... 27

F.    MLB's Authority and Refusal to Act ......................................................... 28

1.    MLB and Commissioner background and authority. .................................. 28

2.    MLB's authority and responsibility regarding spectator safety............................................................................................. 29

3.    Manfred and the Office of the Commissioner have at all times been aware of the risk of injury. .......................................... 30

G.    Manfred and the Office of the Commissioner's Negligence and Failure to Provide "Reasonably Safe" Facility......................................... 32

1.    Manfred and the Office of the Commissioner Failed to Provide Sufficient Netting. ................................................................ 32

2.    Manfred and the Office of the Commissioner Failed to Provide Enough Access to Currently Netted Seats. ...................... 32

3.    Manfred and the Office of the Commissioner Failed to Promulgate standards regarding netting. .......................................... 33

4.    Manfred and the Office of the Commissioner Failed to Heed the Warnings of Professional Baseball Players....................... 33

5.    Manfred and the Office of the Commissioner Were Negligent in Allowing Use of Maple Bats. ...................................... 33

6.    Manfred and the Office of the Commissioner Failed to take measures commonly taken in other sports, in other ballparks, and in other countries.................................................. 33

7.    Manfred and the Office of the Commissioner Failed to use technology at its disposal to protect spectators. ........................... 34

8.    Manfred and the Office of the Commissioner Failed to Promulgate standards re minimum distance from field of play. ...................................................................................................... 34

9.    Manfred and the Office of the Commissioner Failed to Promulgate Standards regarding Injury Response. ...................... 35

H.    Major League Baseball's Increased the Risk to Spectators................................. 35

1.    Manfred and the Office of the Commissioner have increased the risk by including non-necessary distractions at ballparks.......................................................................................... 35

2.    Manfred and the Office of the Commissioner have increased the risk by calling for use of mobile devices,

particularly by children, while watching live games in
MLB ballparks....................................................................................... 36

      3.    Manfred and the Office of the Commissioner have
increased the risk by marketing ballparks and their most
dangerous areas as safe and family friendly................................... 36

      4.    Manfred and the Office of the Commissioner have
increased the risk by calling for an increased pace of play. .......... 38

V.      CLASS ACTION ALLEGATIONS .................................................................. 38

VI.     CLAIMS ALLEGED...................................................................................... 39

FIRST CAUSE OF ACTION  NEGLIGENCE (ON BEHALF OF THE CLASS) .......................... 39

SECOND CAUSE OF ACTION  FRAUDULENT CONCEALMENT (ON
BEHALF OF THE CLASS).................................................................................. 45

THIRD CAUSE OF ACTION  VIOLATIONS OF THE CALIFORNIA UNFAIR
COMPETITION LAW (CAL. BUS. & PROF. CODE § 17200, *ET SEQ.*).......................... 46

FOURTH CAUSE OF ACTION  VIOLATIONS OF CONSUMER LEGAL
REMEDIES ACT ("CLRA"), CALIFORNIA CIVIL CODE § 1750, *ET
SEQ.* .............................................................................................................. 47

VII.    REQUEST FOR RELIEF................................................................................ 48

JURY TRIAL DEMANDED ........................................................................................ 48

Plaintiff, Gayle Payne, on behalf of herself and all others similarly situated, brings this class action complaint against the Office of the Commissioner of Baseball, an unincorporated association doing business as Major League Baseball ("MLB"); and Rob Manfred, the Commissioner of Major League Baseball, and complains and alleges upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

## I.    INTRODUCTION

*A line-drive foul screams into the stands at 100 miles per hour. A bat slips from a player's hands, cartwheeling dangerously out of control as it crashes among the fans. A fielder hurries his throw, sailing the ball into the front rows. These, and other action-related events, pose serious safety issues for baseball fans. While there are no hard statistics, baseball, along with soccer and auto racing, is among the most dangerous spectator sports.*[1]

1.      Each year, tens of millions of men, women, and children in the U.S. attend a Major League Baseball game.[2] Fans flock to ballparks and pay an average of $27.00 to $83.00 per ticket[3] to watch pitchers throw a ball at or over 100 miles an hour[4] and hear the crack of the bat when a batter swings for the fences. The lack of safety netting at major league ballparks is a problem creating over a thousand preventable injuries per season. Every year, a growing number of fans, of all ages but often children,[5] suffer often horrific and preventable injuries, such as blindness, skull fractures, severe concussions, and brain hemorrhages, when they are struck by a screaming foul ball or flying shrapnel from a shattered bat while sitting in an unprotected area.

2.      1,750 spectators are injured each year by wayward baseballs. This equates to twice every three MLB games, or, more often than a batter is hit by a pitch. In a typical MLB game, 35-

---

[1] Robert Gorman and David Weeks, *Death at the Ballpark: A Comprehensive Study of Game-Related Fatalities, 1862-2007* (2009) (citing "Foul Play" Fan Fatalities in Twentieth-Century Organized Baseball" (2003)).

[2] http://espn.go.com/mlb/attendance/_/year/2014.

[3] https://www.teammarketing.com/public/uploadedPDFs/2014+mlb+fci.pdf (average, non-premium ticket price).

[4] In 2013, eight pitchers hit triple digits. http://triblive.com/sports/mlb/5423918-74/mph-velocity-cole#axzz3dp7EI79C.

[5] http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year ("Child Victims - While the typical injury is minor, like a bruised hand or a bloodied lip, a small number are more serious, and those victims tend to be children.").

40 batted balls fly into the stands.  And "fly" is the operative word.  Baseballs have an average mass of 5.125 ounces, and a 90 miles per hour fastball can leave the bat at 100 miles per hour.  The average professional batter's swing impacts 4,145 pounds of force to the ball.  Peak forces from such a ball can exceed 8,300 pounds – enough to stop a Mini Cooper in its tracks.  It is thus a serious safety hazard when foul balls fly into a ballpark's "Danger Zone" (the unprotected area along the first and third base lines).

3.      Certainly baseball is part of the fabric of our culture and is undoubtedly one of the greatest pastimes in the history of American sport.  The game is constantly changing and evolving.  The look and feel of ballparks, the rules of the game and its players have evolved greatly since the turn of the century.  Baseball has evolved, in many ways, to do the right thing – the better thing – for its fans, whether it's desegregating play, addressing the use of controlled substances, or implementing better security at crowded ballparks.  And in doing the right thing for its fans, the institution of baseball has itself benefitted and grown stronger.

4.      Manfred and the Office of the Commissioner have acknowledged both the risk to spectators and their duty to protect spectators.  Defendants have promulgated spectator safety rules applicable in all MLB stadiums, and have made various public statements regarding its obligations: "Fan safety is our foremost goal for all those who choose to support our game by visiting our ballparks, and we will always strive for that experience to be safe and fan-friendly."  Defendants have also admitted that it is specifically the role of the Commissioner, and the Office of the Commissioner of Major League Baseball to make a change with respect to fan safety if one was to be made ("there is no epidemic of foul ball damage yet that would warrant some sort of edict or action by the commissioner's office").[6]  Major League Baseball's Commissioner, Rob Manfred,

---

[6] Statement of John McHale, MLB executive vice president, 2014.  The former Commissioner also acknowledged it was within the role of the MLB and its Commissioner to promulgate rules to protect spectators. http://www.foxsports.com/mlb/story/boston-red-sox-fenway-park-mlb-broken-bat-injured-fan-safety-netting-060715 ("While we're always very, very concerned with the health and the welfare of the fans, you also don't want to do anything to obstruct the views of the fans, which creates really a major problem. You sort of have to weigh one against the other.").

1   has himself acknowledged "we're very cognizant of the severity of the injury"[7] and that MLB

2   would "re-evaluate"… "take a fresh look at"… and "react strongly" to the issue of spectator

3   injuries from errant balls and bats.[8]  Despite these statements, responsibility, and awareness of the

4   pattern and severity of spectator injuries, Manfred and the Office of the Commissioner have failed

5   to act.  Defendants have failed to follow the path of other professional sports in the United States[9]

6   and in other countries[10] that have taken readily-available and relatively inexpensive steps to protect

7   its spectators.[11]  This is particularly alarming, as the technology to protect spectators has been

8   around since before the turn of the century, and there are already rules requiring its implementation

9   during batting practice (for spectator safety), as well as during official play (to help umpires more

10  accurately judge fair and foul balls).[12]  ***Finally, and tellingly, those who know the game and its***

11  ***dangers best – the players – have demanded since at least 2007 that protective measures be put***

12  ***in place – something Manfred and the Office of the Commissioner have never disclosed to the***

13  ***public.***[13]

14          5.          At the same time Manfred and the Office of the Commissioner have failed to act,

15  and have made statements regarding the need to "re-evaluate" safety, they have increased the risk

16  to spectators.  Manfred and the Office of the Commissioner have promoted Major League ballparks

17  and even its most dangerous areas as safe and family-friendly, and the Commissioner has publicly

18  stated that his "first and foremost goal"[14] is to get more children into MLB ballparks[15] at a younger

19

20          [7] http://www.dallasnews.com/sports/texas-rangers/headlines/20150627-after-recent-dangerous-incident-should-rangers-hang-more-netting-at-globe-life-park.ece.

21          [8] http://www.foxsports.com/mlb/story/woman-hit-bat-fenway-park-stands-upgraded-fair-commissioner-rob-manfred-re-evaluate-safety-060815.

22          [9] The National Hockey League and NASCAR have both reacted quickly and taken measures to protect spectators.

23          [10] For example, full netting down the foul lines is standard in Japan.
    http://ftw.usatoday.com/2015/05/mlb-statcast-stats-data-launch-angle-route-efficiency.

24          [11] A known remedy exists, which involves extending pre-existing netting to cover the areas of the ballpark where the vast majority of serious injuries occur.

25          [12] *See* 2012 MLB Code of Official Baseball Rules, Comment to Rule 2.00 (Fair Ball).

26          [13] This fact was revealed just weeks ago, from anonymous "major league sources." http://www.si.com/mlb/2015/06/http://www.si.com/mlb/2015/06/07/mlb-players-netting-cba-boston-red-sox-fan-broken-bat.

27          [14] https://www.youtube.com/watch?v=znD69U2Ht2U.

28

1    age.[16]  To communicate his message that "it's about the kids," he asked a 9 year-old to throw out

2    the ceremonial first pitch on opening day.[17]  Described by some as the "Pied Piper of baseball,"[18]

3    the Commissioner and his office has also prioritized creating a faster pace of play to mirror

4    society's faster pace of life,[19] and include Wi-Fi in all ballparks, specifically so young fans can

5    watch MLB.com content on their mobile devices while watching games,[20] to appeal to childrens'

6    "shorter attention spans."[21]  These actions, by bringing further distractions and visual stimuli into

7    the ballpark, while at the same time providing assurances that the ballpark is safe for families, have

8    greatly increased the risk to fans.

9           6.     Even after a June 5, 2015 incident at Fenway Park where an eight year-old saw his

10   mother horribly injured by a flying shard of bat, and a June 19, 2015 incident in which a young boy

11   was pummeled by a line drive, the Commissioner and his office have shown a remarkable lack of

12   responsibility on this issue.  On June 23, 2015, Major League Baseball's website posted video and

13   photo of a man, who had just caught a foul ball while sitting in an unprotected area of Wrigley

14   Field along first base, while still holding his infant child (with his legs dangling, drinking from a

15   baby bottle) with the headline  *"Oh baby, what a catch!  Fan holds son, snags ball."*  Perhaps the

16   Commissioner has forgotten that a child has already been killed by a foul ball at a Major League

17   Baseball game,[22] or is waiting for it to happen again before taking the issue more seriously.

18          7.     In 2013, the MLB had the highest season attendance of any sports league in the

19   world,[23] and a record number of fans attended 2015 Spring Training.[24]  It's also big business – in

20

21          [15] https://www.youtube.com/watch?v=jHKTx0zII2U.

22          [16] http://espn.go.com/video/clip?id=12286112.

23          [17] http://www.washingtonpost.com/blogs/dc-sports-bog/wp/2015/04/06/mlb-commissioner-rob-manfred-asks-9-year-old-to-throw-ceremonial-first-pitch/.

24          [18] http://www.chicagotribune.com/sports/baseball/ct-sullivan-rob-manfred-baseball-changes-spt-0224-20150223-story.html.

25          [19] https://www.youtube.com/watch?v=jHKTx0zII2U.

          [20] *Id.*

26          [21] https://www.youtube.com/watch?v=znD69U2Ht2U.

27          [22] His name was Alan Fish, and he was 14-years old (perhaps not young enough to be considered a child by some, but certainly too young to die at a baseball game).

28          [23] http://www.sportsmuntra.com/10-most-expensive-sports-leagues-by-revenue/.

2012, MLB agreed to a $12,400,000 eight-year television broadcast contract[25] and the MLB currently generates approximately $9,000,000,000 in yearly revenue.[26]  Manfred and the Office of the Commissioner have the knowledge, the ability and the means to address this issue, but have fully failed to do so.

8.    Commissioner Manfred and his office, as explained herein, have failed to adequately protect spectators through his failure to enact and enforce adequate safety measures.  It is time for the Commissioner and his office to take action, to protect spectators in the most dangerous areas of the ballpark, where a growing number of fans are suffering serious and entirely preventable injury.  It's also time to tell the truth about the game – a fact that Manfred and the Office of the Commissioner already know – in the modern era of baseball, "paying attention" often provides little or no protection from injury, and it is unreasonable and unconscionable for Manfred and the Office of the Commissioner to continue to perpetrate this myth and attempt to contract away the rights of spectators and shield itself from liability via the use of so-called "warnings."

9.    Every ball thrown in the major leagues bears Commissioner Manfred's autograph.[27] It's time for the Commissioner and his office to take action.  It is time for baseball to do the right thing, not just for the fans, but for the sport.

10.    Plaintiff and the Class seek injunctive relief requiring Defendants, among other things, to adopt corrective measures regarding: the implementation of (1) a rule requiring all existing major league and minor league indoor and outdoor ballparks to be retrofitted to extend protective netting from foul pole to foul pole, by the beginning of the 2016-2017 MLB season; (2) a rule requiring any newly constructed ballpark intended to house major or minor league baseball games, to include at a minimum this amount of netting; (3) a program to study injuries and the rates of injuries amongst spectators, including the type and manner of injury and at what locations

---

[24] http://hardballtalk.nbcsports.com/2015/04/07/major-league-baseball-set-a-spring-attendance-record/.

[25] http://www.huffingtonpost.com/barbara-bruno/the-nfl-mlb-and-viagra-so_b_6124724.html.

[26] http://www.latimes.com/sports/la-sp-baseball-shaikin-20150607-story.html#page=1.

[27] http://m.mlb.com/news/article/107340526/new-commissioner-makes-mark-on-official-ball.

1   in ballparks they occur, in an effort to continually reevaluate whether additional measures should

2   be taken, so that precautionary measures can continue to evolve as the sport continues to evolve.

## II.   JURISDICTION AND VENUE

4   11.   This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(d)(2). In the

5   aggregate, Plaintiff's claims and the claims of the other members of the Class, including fees and

6   the value of the injunctive relief sought, exceed $5,000,000 exclusive of interest and costs, and

7   there are numerous class members who are citizens of states other than each Defendants' states of

8   citizenship.

9   12.   This Court has personal jurisdiction over Defendants because Manfred and the

10  Office of the Commissioner are authorized to do business and in fact do business in this district and

11  have sufficient minimum contacts with this district, and otherwise intentionally avails themselves

12  of the markets in this district through sponsorship of games in this district, to render the exercise of

13  jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

14  13.   Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1), 28 U.S.C.

15  § 1391(b)(2), and 28 U.S.C. § 1391(c).  Defendants reside in this judicial district because they are

16  subject to personal jurisdiction here, a substantial part of the events and/or omissions giving rise to

17  the claims emanated from activities within this jurisdiction, and Defendants conduct substantial

18  business in this jurisdiction.

19  14.   Major League Baseball is played in this district and spectators have been injured in

20  this district as described herein.

## III.   PARTIES

22  **A.    Plaintiff**

23  15.   Plaintiff, Gail Payne, is an individual residing in Alameda County, in Oakland,

24  California.  She has been a devout fan of Major League Baseball's Oakland A's for nearly 50

25  years, since her aunt took her to her first A's game in 1968.  She loves attending games, has

26  attended many, and this year purchased tickets for the first time.  She bought tickets in section 211,

27  which she believes is less expensive than the sections covered by protective netting.  At her seats,

28  which are in an exposed section along the first base line, she fears for her and her husband's safety

and particularly for her daughter.  Due to the fact that at Oakland Coliseum, the protective netting behind the backstop is minimal, and does not extend to her seat, foul balls have shot into the stands around her more times than she can count.  Gail estimates that at every game, at least three or four balls enter her section alone, and she is constantly ducking and weaving to avoid getting hit by foul balls or shattered bats.  On one occasion Gail ducked to avoid a foul ball flying her way, but as alleged herein there is no guarantee she can duck the next time.  In addition, due to the fact that at Oakland Coliseum, there are many, many distractions, such as a giant screen across from her section, and fan-participation contests that involve texting or using applications on mobile devices, she believes she and other fans are at increase risk of injury.

16.     As a result of Defendants' failure to implement reasonable safety measures Plaintiff is at increased and unreasonable risk of serious injury while attending MLB games.

17.     Plaintiff, as described herein, has been damaged by the actions and inactions of the Defendants.

18.     On behalf of herself and the Class, Plaintiff seeks class-wide injunctive or equitable relief in the form of changes to current MLB rules and practices with respect to protective netting in MLB ballparks.

**B.     Defendants**

19.     Defendant, The Office of the Commissioner of Baseball ("OCB" d/b/a Major League Baseball), is an office created pursuant to the Major League Agreement entered into by the member Clubs of Major League Baseball.  Upon information and belief, the OCB has the power to act for and bind MLB in business matters centralized in the League.

20.     Defendant Robert D. Manfred, Jr. ("Manfred") is the Commissioner of the Major League Baseball Association, having served in that capacity since 2015.  Prior to becoming Commissioner, Manfred was MLB's Chief Operating Officer and longtime advisor to former MLB Commissioner Bud Selig.[28]  According to his official MLB biography, the "traditional functions"

---

[28] http://grantland.com/features/the-consigliere-commissioner-rob-manfred-mlb-bud-selig-alex-rodriguez-peds-steroids-suspension/.

of the Commissioner's role include overseeing baseball operations.  His biography also indicates that as MLB's Chief Operating Officer, he reported directly to the Commissioner and "oversaw all the traditional functions of the Commissioner's office."[29]  Upon information and belief, Manfred is a resident of Tarrytown, New York.

## IV.      FACTUAL BACKGROUND

**A.      The Evolution of Spectator Protection at MLB Ballparks**

      **1.      No Protection for Fans at Turn of the Century.**

      21.      A hundred years ago ballparks looked very different than they do today.  It was not uncommon for ballparks to have no protection for fans.  The area behind home plate was called the "slaughter pen" because spectators would get hit by foul balls and debris from broken bats.[30]  This photo shows spectators crowded around the action at Hilltop Stadium in New York in 1903:[31]



      22.      Various changes occurred to bring about the change in protections for fans.  For example, new sidearm pitching delivery began to evolve, followed by rules changes that allowed for overhead pitching, which increased pitched ball velocity and ball movement, resulting in more foul balls (and strikeouts).[32]  At about the same time, protective screening behind home plate began

---

      [29] http://mlb.mlb.com/mlb/official_info/about_mlb/executives.jsp?bio=manfred_rob.

      [30] https://en.wikipedia.org/wiki/Major_League_Baseball.

      [31] Photo depicts game resulting in Yankees (formerly the "Highlanders") first win in franchise history.

      [32] Robert Gorman and David Weeks, *Death at the Ballpark: A Comprehensive Study of Game-Related Fatalities, 1862-2007* (2009).

CLASS ACTION COMPLAINT                    - 8 -
010525-11 793309 V1

to appear at ballparks.[33]  In 1879, the Providence Grays became the first professional baseball team with protective netting behind home plate.  Netting is now behind the backstop in all major league ballparks.[34]

**2.     Netting technology.**

23.     Netting has changed from hemp woven screens to screens made with thin lightweight polymers.[35]  Today's screens are much thinner, more durable and longer lasting.[36]  As depicted in this photograph from the Great American Ballpark (the site of this month's 'Major League Baseball All-Star game), the netting is virtually invisible except for the seams that connect different netting sections[37]:



---

[33] *Id.*

[34] http://www.arnolditkin.com/Personal-Injury-Blog/2014/September/Stadium-Liability-Can-MLB-Teams-be-Held-Liable-f.aspx.

[35] http://scholarship.law.marquette.edu/cgi/viewcontent.cgi?article=1266&context=sportslaw.

[36] "Plaintiffs in the Stands," Gil Fried, 2002, 20 Sum Ent. & Sports Law 8.  The netting is very strong and was tested this past year when a drunk fan fell in Comiskey Park and landed on the net above the plate. The netting held his 200+ pound body and he was safely removed.  *Id.*

[37] http://m.charlotterestaurantweek.com/articles/sports-top-stories-104670/hey-mlb-protect-your-fans-13663980.

**3.      Limitations of current netting.**

24.      Most MLB ballparks run the net 20 to 30 feet high and end the net at the start of the dugout.[38] Some ballparks end their netting at first and third base.[39]

25.      The Great American Ball Park, site of this year's All Star Game, extends its netting only a short distance on either side of home plate, as shown in this overhead view from Section 423.[40]



26.      As better seen in this close-up:[41]

---

[38] http://scholarship.law.marquette.edu/cgi/viewcontent.cgi?article=1266&context=sportslaw.

[39] *Id.*

[40] http://seatgeek.com/venues/great-american-ball-park/seating-chart/cincinnati-reds-230/section-423.

[41] http://aviewfrommyseat.com/photo/12764/O.co+Coliseum/section-115/row-18/seat-16/.

1
2
3
4
5
6
7
8
9
10



11      27.     Oakland's Coliseum also has very minimal netting.  The netting sits within an

12  "indented" area behind home plate:[42]

13
14
15
16
17
18
19
20
21
22
23

24      28.     As shown below, this "indented" section only extends just past home plate, leaving

25  the remaining areas along first and third base and extended to the foul poles entirely exposed:[43]

26

27      _____
    [42] http://www.ballparksofbaseball.com/al/pictures/oco13954.jpg.
28      [43] *Id.*

1
2
3
4
5
6
7
8
9
10
11
12



29.     There is no Major League Baseball standard for netting.[44]

**4.     Netted seats – "VIP only."**

30.     In Oakland's Coliseum, the area directly behind home plate in the netted section includes "Diamond Level Seats" that cost $15,990 per seat for season tickets[45] and $230.00 per individual game.[46]  Section 211, where Plaintiff sits, costs $40.00 per individual game.[47]

31.     "VIPs" including team personnel and professional players' family members traditionally sit in the netted area behind home plate.  These seats are sometimes also held for major league scouts.[48]  The seats behind the net are not considered to have an "obstructed" view – these are the most prized, highly coveted "premium" seats and are sometimes three times the price of other seats.[49]  The availability of these seats is scarce – they are often occupied by premium

---

[44] http://www.dallasnews.com/sports/texas-rangers/headlines/20150627-after-recent-dangerous-incident-should-rangers-hang-more-netting-at-globe-life-park.ece.

[45] http://oakland.athletics.mlb.com/oak/ticketing/premium_seating.jsp#diamond.

[46] http://oakland.athletics.mlb.com/ticketing/pricing.jsp?c_id=oak&layout=gameflow.

[47] Id.

[48] Joint Pre-Trial Memorandum, *Costa v. The Boston Red Sox Baseball Club*, 2002 WL 33968373 (Mass. Super. Jan. 23, 2002).

[49] For example, tickets for the June 29th Reds v. Twins game at the Great American Ball Park show tickets in the protected area directly behind home plate were $260.00 each, nearly three times

1    paying season-ticket holders and can often be sold out.  As noted by Diamondbacks reliever Brad

2    Ziegler, "fans behind home plate pay the highest prices" and "those seats are always full."[50]  The

3    Manager of the Royals has stated "I don't think [the netting] restricts the vision in any way."[51]

4          32.    Unlike the premium netted seats, the seats in the exposed areas just past the netting,

5    along first and third base, between the foul poles, are often occupied by families because they are

6    more affordable and/or protected seats are sold out.  These seats are often occupied by young fans,

7    some attending their first game, who make up for their small stature and inexperience by their

8    eagerness to be a part of the action, wave and dance when the camera pans the crowd, and wear

9    their little catchers mitts.  However, the area along the foul lines is by far the most dangerous area

10   of the ballpark.[52]

**B.    Risks to Spectators in Exposed Area of Ballpark**

11          **1.    Frequency of Injury.**

13          33.    About 1,750 spectators get hurt each year by errant balls, mostly fouls, at major-

14   league games. This means that it happens at least twice every three games.  That's more often than

15   a batter is hit by a pitch.[53]

16          **2.    The New Generation of Fan Watches the Game Differently and is at Increased
               Risk.**

17          34.    While revenue is at an all-time high, baseball's following is aging, and its TV

18   audience skews older than that of any other major sport.[54]  The number of kids playing baseball has

---

the price of the tickets along first and third base.
http://www.ticketmaster.com/event/16004D69C58D175D?tfl=Major_League_Baseball-Tickets-MLB_Tickets-na-x0.

[50] www.si.com/mlb/2015/06/07/mlb-players-cba-boston-red-sox-fan-broekn-bat.

[51] http://kansascity.legalexaminer.com/property-owners-liability/slip-fall/kc-royals-spectator-injuries-raises-questions-about-fan-safety/.

[52] "Rather, the most dangerous areas were down the first and third baselines for a significant distance past the dugouts."  http://scholarship.law.marquette.edu/cgi/viewcontent.cgi?article=1266&context=sportslaw.  In a study entitled "Don't Sit There…Or There…Or There: An Analysis of Ball Park Protection and Foul Ball Injury Risks" published in the International Journal of Sport Management (October 2012, pp. 423-443), researchers led by Gil Fried at the University of New Haven (CT), confirmed that the field level seating areas along the first and third base lines are the most likely to have foul balls hit into them.

[53] Elias Sports Bureau Inc. statistics.  http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year.

1    been on a two-decade long decline.[55]  "The Commissioner and his office have made it their mission

2    to make the game more attractive to a younger demographic,[56] and the Commissioner has

3    encouraged more "parents and grandparents…to get their kids into the ballpark at a young age."[57]

4        35.    A multitude of distractions that have been added to ballparks to entertain spectators,

5    generate additional revenue, and woo the next generation of baseball fan.  The Commissioner has

6    specifically acknowledged the shorter attention span of young spectators attending games, and has

7    spoken of the need to "enhance the fan experience in the ballpark" via technology, the thing that

8    "engages young people most completely."[58]  He has indicated MLB.com, which oversees and

9    provides content for all 30 MLB teams,[59] will ensure Wi-Fi is sufficient in all ballparks to support

10   spectators' use of mobile devices during games.  He referred to this experience as bringing the

11   game to the "second screen," and stated that ballparks with Wi-Fi are "materially better."[60]

12       36.    Manfred and the Office of the Commissioner have promoted eventual use of a

13   twenty-second pitch clock[61] in the Major Leagues to increase the pace of play, in order to bring the

14   game more in pace with the pace of modern times and engage the next generation of baseball fan.[62]

15       **3.    The most dangerous areas.**

16       37.    The most dangerous areas of the ballpark are the exposed areas along first and third

17   base, between the foul poles, where most foul balls are hit (the "Danger Zone").[63]  In the Danger

---

[54] http://www.washingtonpost.com/sports/nationals/baseballs-trouble-with-the-youth-curve--and-what-that-means-for-the-game/2015/04/05/2da36dca-d7e8-11e4-8103-fa84725dbf9d_story.html.

[55] http://m.sportsbusinessdaily.com/Daily/Issues/2015/04/06/MLB-Season-Preview/MLB-League-issues.aspx.

[56] https://www.youtube.com/watch?v=znD69U2Ht2U.

[57] http://espn.go.com/video/clip?id=12286112.

[58] http://www.chicagotribune.com/sports/baseball/ct-sullivan-rob-manfred-baseball-changes-spt-0224-20150223-story.html.

[59] http://www.vault.com/company-profiles/sports/major-league-baseball/company-overview.aspx.

[60] https://www.youtube.com/watch?v=jHKTx0zII2U.

[61] http://m.sportsbusinessdaily.com/Daily/Issues/2015/04/06/MLB-Season-Preview/MLB-League-issues.aspx.

[62] https://www.youtube.com/watch?v=znD69U2Ht2U.

[63] The field level seating areas along the first and third base lines are the most likely to have foul balls hit into them.  "Don't sit there…or there…or there:  An Analysis of Ball Park Protection

Zone there is no protective netting and the spectator is entirely exposed.  In addition, traditionally, line-drive fouls are normally hit flush, and send the ball at a higher velocity down the lines.[64]  The combination of right-handed power pitchers and left-handed hitters that are likely to swing late at fastballs tends to make the area behind and near the third base dugouts particularly dangerous.[65]  The first and third base lines are also dangerous because of their proximity to the bases, where players often throw at high velocity towards the bases in attempts to tag out runners, and spectators are at risk of danger from an errant throw.

38.     At a typical major league game, between 35 and 40 batted balls fly into the stands.[66]  When there is a fly ball to the outfield, fans look up, and just in time for the ball to end its downward trajectory towards the outfield, position themselves in the right spot, and hold out their catchers mitts.  Line drives and particularly line-drive foul balls are entirely different, however.  Attention is often no defense to serious injury from a 90-100 mile-an-hour screaming fast ball or shattered bat with numerous projectile pieces that fly in indiscriminate directions and can reach you before you even realize it's heading in your direction.

### 4.     Speed and force of a flying baseball.

39.     Major League Baseball has been described as having a "velocity obsession."[67]  The modern era is all about power.  Pitchers now throw harder than ever before.[68]  In just the six years between 2008 and 2013, average MLB pitching velocity has climbed from 90.9 mph to 92 mph.  In 2003, Houston reliever Billy Wagner was the only pitcher to throw at least 25 pitches at 100 mph

and Foul Ball Injury Risks," *International Journal of Sport Management* (October 2012), pp. 423-443.

[64] In contrast, balls hit straight back are hit with the bat coming underneath the ball, which takes off some of the speed.  http://scholarship.law.marquette.edu/cgi/viewcontent.cgi?article=1266&context=sportslaw (citing Tom Verducci, *Safety Squeeze*, Sports Illustrated, Apr. 1, 2002, at 64).

[65] http://www.si.com/vault/2002/04/01/321174/safety-squeeze-with-new-ballparks-putting-spectators-closer-than-ever-to-the-action-more-fans-are-getting-in-harms-way.

[66] http://www.atlantamagazine.com/great-reads/foul-territory/.

[67] http://bleacherreport.com/articles/2083154-how-mark-buehrle-is-rising-above-the-velocity-obsession-in-mlb.

[68] http://www.washingtonpost.com/opinions/5-myths-about-major-league-pitchers/2015/04/03/184e408e-d8b1-11e4-ba28-f2a685dc7f89_story.html.

1    or faster.[69]  In 2013, eight pitchers hit triple digits.[70]  Some of the velocity increase is attributed to

2    the new specific focus on pitcher shoulder strengthening[71] and the instant feedback available via

3    pitch-speed tracking technology.[72]

4         40.    A 2002 study of a 1998 foul ball injury at Fenway Park concluded that it took the

5    ball *a mere 1.07 seconds to travel 141 feet*.[73]  The ball was estimated to be traveling at 90 miles an

6    hour.  This means that a foul ball will reach a fan in less time than it takes to say the word "foul"[74]

7    – well before he or she has likely had the opportunity to even process that an object is headed

8    towards them and react.  It is common for bystander accounts to describe first hearing the sound of

9    the ball hitting someone's skull, or the sound of screams, as the first sign that something awful has

10   happened, and photographs of fans in the surrounding area depict fans frozen, with mouths agape

11   or hands over mouths in shock immediately following the injury.

12        41.    In this modern era, baseballs have an average mass of 5.125 ounces, and a 90-mph

13   fastball can leave the bat at 110 mph.  In a collision between the bat and the ball, lasting less than

14   one-thousandth of a second, the average professional batter's swing imparts 4,145 pounds of force

15   to the ball.  Peak forces exceed 8,300 pounds – enough to stop a Mini Cooper, rolling at 10 mph, in

16   its tracks.[75]  Attached to this complaint as Exhibit A is a video showing the speed, force, and

17   damage from a fast-moving baseball.

---

[69] http://triblive.com/sports/mlb/5423918-74/mph-velocity-cole#axzz3eefq0gaZ.

[70] *Id.*

[71] *See e.g.*, http://triblive.com/sports/mlb/5423918-74/mph-velocity-cole#axzz3eefq0gaZ ("For a long time, pitchers really focused on the front side, their beach muscles. Front-side shoulder muscles help to increase acceleration of the baseball. But the back-side shoulder muscles put on the brakes. Your brain knows not to accelerate beyond a limit it cannot possibly slow down. Some of these guys who had underdeveloped back-side shoulder muscles were not able to max out velocity even though they were yoked out in on the front side. A lot of (the velocity increase) is working the back-side shoulder muscles.").

[72] http://triblive.com/sports/mlb/5423918-74/mph-velocity-cole#axzz3eefq0gaZ.

[73] http://www.athleticbusiness.com/athlete-safety/baseball-coaches-sport-helmets-as-a-safety-measure.html.

[74] http://www.atlantamagazine.com/great-reads/foul-territory/.

[75] http://www.popularmechanics.com/adventure/sports/a4569/4216783/.

**5.       Risk to players, coaches and umpires.**

42.       At nearly every game, professional MLB players, who are specially trained, as well as paid, to pay rapt attention to the action on the field, are unable to react quickly enough to avoid being hit by line drives.  Many players have been seriously injured or killed.  In the minor leagues, hitting coach Mike Coolbaugh was fatally struck in the neck from a foul ball while coaching first base.[76]  In 2000 Red Sox pitcher Bryce Florie was hit in the face and suffered broken bones and retinal damage.[77]  Luis Salazar, an Atlanta Braves coach, lost an eye from a line drive.[78]  As recently as July 1, 2015, umpire Tom Hallion was injured by a foul ball during a Colorado vs. Oakland game despite wearing a protective mask.[79]

43.       Those who know the game best know attention is often not a protection to injury. After a game in May 2014 when a little boy was hit in the head by a ball, Braves' pitcher Julio Teheran said "no one had a chance to get out of the way."  Carlos Gomez, the batter, said "The ball comes really hard. It can kill you."[80]  Teammate Will Venable commented "Most fans aren't prepared for how fast those balls are coming off the bat…It only takes one.  And if the person in front of you dives out of the way, you are helpless."[81]

44.       Players admit they ask family members never to sit in unprotected seats.[82] Milwaukee Brewers (former Cub) Matt Stairs has stated that you couldn't pay him to let his three daughters sit in an exposed area.[83]  Chipper Jones, the Atlanta Braves' legendary third baseman,

---

[76] http://sports.espn.go.com/minorlbb/news/story?id=2945798.

[77] http://espn.go.com/talent/danpatrick/s/2001/0705/1222698.html.

[78] http://m.mlb.com/news/article/16976144/.

[79] http://www.usatoday.com/story/sports/mlb/2015/07/01/umpire-hallion-hit-in-mask-by-foul-leaves-rockies-as-game/29580939/.

[80] http://www.atlantamagazine.com/great-reads/foul-territory/.

[81] *Id.*

[82] Chipper Jones, the Braves' legendary third baseman, has said that he would not permit his own children to sit in the unprotected areas behind the dugouts.  Braves manager Fredi Gonzalez advises his wife to sit behind the home plate netting, or "way up" in the stands. http://www.atlantamagazine.com/great-reads/foul-territory/; http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year.

[83] http://articles.chicagotribune.com/2002-05-12/sports/0205120214_1_major-league-baseball-major -league-dugouts.

has said that he would not permit his own children to sit in the unprotected areas behind the dugouts. Braves' manager Fredi Gonzalez advises his wife to sit behind the home plate netting, or "way up" in the stands.[84]

### 6. Why spectators, and particularly children, are at most risk.

45. For many reasons, the risk to spectators is much greater than players. Spectators have no protective equipment. They are not as familiar with the game as professional players. Some in unexposed sections are sitting closer to the action than the batter is to the pitcher. Spectators also are subject to distractions not visible to players. Spectators are also not specially trained to react or have the reaction time of athletes. Spectators are also not aware of the dangers the way players are.

46. Considerable research supports the proposition that children are particularly vulnerable. A child has a slower reaction time. Also, children sit lower in seats and may have an obstructed view. Also, children are less familiar with the game, and more distracted by technology. If a ball goes into the stands, a child is as likely to turn to their parent to understand how to react rather than help themselves, as they are trained from an early age to take their cues from their parents.

47. Children are also at more risk due to their relative head size. A child's brain and head are disproportionately large compared to the rest of the body, especially through the first five-to-eight years of life. This anatomical relationship continues through about the age of 14, by which time a child's skull has grown to be about 90 percent as large as an adult-size one. The disproportionately larger head size and weight, coupled with a child's weaker neck, mean that the child can't brace for a hit (if given the opportunity to brace) the way that an adult does.[85]

---

[84] http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year?.

[85] Cantu, Robert, *Concussions and Our Kids*, 2012.

48.     And children are at risk even when they perceive they can protect themselves as depicted in Exhibit A, where a child is beaned by a ground ball even when he attempted to field the ball.[86]

**C.     Risk From Broken Bats**

**1.     The change to more dangerous bats.**

49.     In the modern era, maple has replaced ash as the wood bat of choice in the Major Leagues.[87]  About 60 percent of all big league players use maple bats instead of ash because they believe the wood is stronger and it lasts longer.[88]  However, this has greatly increased the risk of spectator injury.  Unlike ash bats which, if they break, usually do not shatter into many pieces, maple bats have a tendency to explode[89] and send multiple shrapnel-like pieces in indiscriminate directions.

**2.     Frequency of shattered bats.**

50.     There were 2,232 broken bats during three months of the 2008 season, the highest number of bat breakages for any season.[90]  Of those, 756 were multi-piece breaks.[91]

**3.     Injuries to players, coaches and umpires.**

51.     Players, coaches, and umpires have been badly injured by broken bats.  In 2008, Don Long was in the visitor's dugout on the first-base side of Dodger Stadium when he felt something hit him.[92]  A large splinter from a broken bat hit below his left eye, leaving a bloody gash that needed ten stiches.[93]  For a month, he had no feeling or mobility in that area.[94]  That same year a home-plate umpire was hit in the head by a shattered piece of maple bat, sending blood

---

[86] https://www.youtube.com/watch?v=2gjFRGedce0.

[87] http://m.mlb.com/news/article/2989456/.

[88] *Id.*

[89] *Id.*

[90] "Take Me Out to the Ballgame…But Bring a Helmet.  Reforming the 'Baseball Rule' in Light of Recent Fan Injuries at Baseball Stadiums," Matthew J. Ludden, Marquette University, 2013.

[91] *Id.*

[92] http://m.mlb.com/news/article/2989456/.

[93] *Id*.

[94] *Id.*

streaming down his face.[95]  Of the issue of broken bats, Chicago Cubs shortstop Ryan Theriot has said, "I think they should increase the netting … I hate it when I look above the dugout and there's a little baby sitting there.  It's not safe.  I don't know what to do – maybe they ought to let us use aluminum."[96]

**D.     An Injury Scorecard – The Modern Day Slaughter Pen**

**1.     Frequency and overall amount of injuries from errant balls and bats.**

52.     The power game of baseball has created a modern-day slaughter pen.  A sample list of injuries suffered to spectators located in the unprotected areas along first and third base between the foul poles, during official play,[97] is attached to this Complaint as Exhibit B.[98]

**2.     Deaths in MLB ballparks.**

53.     Several people have been killed by errant balls and bats.  In 1943, a 32-year-old man was killed during a Washington Senator's game in D.C when a wild throw by Senators third baseman Serry Robertson went into the stands behind first base.

54.     In 1960, a 68-year-old man died after he was hit by a foul ball at a Triple-A game in Florida.

55.     In 1970, a child died after being hit by a baseball at a Major League Game.

56.     14-year-old Alan Fish was hit while sitting along the first base line, near the visitor's dugout.  He was himself a baseball player, and was attending the game with several others, including his 10-year-old brother.[99]  After he was hit, he went home and started walking in circles.  He was taken to the hospital and died four days later.[100]

---

[95] http://usatoday30.usatoday.com/sports/baseball/2008-06-25-umpire-injured_N.htm.

[96] http://m.mlb.com/news/article/2989456/.

[97] A significant number of injuries also occur during batting practice.  These are not recorded on this chart.

[98] Exhibit B provides just a sampling of significant injuries suffered by spectators in the unprotected areas along the first and third base lines, which could have been prevented if these spectators were protected by netting.

[99] http://www.insidesocal.com/tomhoffarth/2010/05/16/40-years-ago-to-1/.

[100] http://isportsweb.com/2010/06/08/dodger-news-flash-girl%E2%80%99s-skull-fractured-by-line-drive/.  There have been deaths in the minor league as well.  In 1943, a 32-year-old man was killed during a Washington Senator's game in D.C when a wild throw by Senators third baseman

57.     In June 2010, a 39-year-old mother of two was sitting in the exposed area just past the dugout on the third-base line at a San Angelo (Texas Colts) minor league game when she was killed by a foul ball.[101]

**3.     An epidemic of injuries.**

58.     There have been numerous serious and entirely preventable injuries in the modern area.  The following is a sampling:

59.     In 1998, Jane Costa was hit in the face and seriously injured (severe and serious injuries to her face including multiple fractures to her cheek bone, eyebrow and jaw, leaving her with swelling, severe bruising and discoloration) by a foul ball while seated 20 rows behind the home dugout at Boston's Fenway Park.[102]  She required surgery to place eight facial plates into her face, has constant and severe pain in her jaw, eyes, and temples and is permanently injured and will require comprehensive medical therapy for the rest of her life.[103]

60.     On June 25, 2001, Neil Pakett was sitting near the backstop at Veterans Stadium for a game between the Phillies and the Braves.  He was near but not behind a protective screen.  A baseball hit him in the right eye, and he suffered severe and disabling injuries including a loss of vision in his right eye (initially a complete loss); traumatic vitreous hemorrhage and preretinal hemorrhage; retinal, macular and foveal traction, distortion, and pigment changes; contusions and swelling; an epiretinal membrane; choroidal rupture, and impairment of his field of vision and depth perception.[104]

61.     In August 2007, James Falzon took his 11-year-old son, his nine-year-old nephew, and his father to a baseball game between the Mets and the Braves at New York's Shea Stadium.  Falzon was sitting in the second row along the third-base line of the stadium.  During the seventh

---

Serry Robertson went into the stands behind first base.  In 1960, a 68 year-old man died after he was hit by a foul ball at a Triple-A game in Florida.

[101] http://www.reporternews.com/news/baseball-accident-a-tragedy.

[102] Joint Pretrial Memorandum, *Costa v. The Boston Red Sox Baseball Club*, 2002 WL 33968373 (Mass. Super. Jan. 23, 2002).

[103] *Id.*

[104] *Pakett, et al. v. The Phillies Veterans Stadium*, 2003 WL 25950448 (Pa. Com. Pl. June 17, 2013).

inning, Mets' second baseman Luis Castillo broke his maple bat when he hit a fly ball.  Pieces of the broken bat flew into the stands, including the heaviest portion – the barrel of the bat.  Falzon was watching the ball when the bat shattered and he did not see the barrel fly into the stands.  It struck him in the face and caused extensive injuries, including a broken nose, eye socket, and pallet.  Falzon had metal plates and pins surgically implanted into his skull.[105]

62.     In 2008, Susan Rhodes was struck in the side of the face with a broken maple bat while sitting four rows behind the dugout at Dodger Stadium.[106]  Surgeons used metal to piece her jaw back together.[107]  She commented to a reporter at the time that she didn't see the bat coming and first thought she had been hit by a ball.[108]

63.     In July, 2008, a seven year-old suffered a fractured skull and swelling around the brain after being hit with a baseball at Wrigley Field.[109]

64.     On August 30, 2010, six-feet, 210-pound switch-hitter Cabrera was batting left-handed against right-handed reliever Elmer Dessens from the Mets.  On the first pitch, Dessens threw an 88-mile-per-hour fastball, and Cabrera's swing connected solid but late.  A man sitting 144 feet from home plate saw a flash of white, heard a sickening smack, and saw blood.  The ball fractured his six-year-old daughter's skull, requiring surgery to install 31 metal pieces:

---

[105] "Take Me Out to the Ballgame…But Bring a Helmet.  Reforming the 'Baseball Rule' in Light of Recent Fan Injuries at Baseball Stadiums," Matthew J. Ludden, Marquette University, 2013.

[106] http://m.mlb.com/news/article/2989456/.

[107] http://www.hngn.com/articles/99560/20150609/mlb-news-commissioner-rob-manfred-to-review-fan-safety-players-say-incident-at-fenway-park-could-have-been-avoided.htm.

[108] http://m.mlb.com/news/article/2989456/.

[109] http://articles.chicagotribune.com/2008-07-16/sports/0807150891_1_maple-bats-replay-logical-solution.

1
2
3
4
5
6
7
8
9
10
11
12
13



110

14    65.    On September 14, 2010, 77-year-old Reva Ezell was sitting in the 12th row behind

15  third base at an Atlanta Braves game when a foul pop-up struck her face. She lost vision in her

16  right eye and required eight surgeries.[111]

17    66.    In 2011, a foul ball sent an 18-month old to a Seattle hospital.[112]

18    67.    On August 29, 2011, an 11-year old was hit in the face with a line drive foul ball at

19  Citi Field.  He suffered severe internal bleeding, had to have two blood transfusions and four CT

20  scans, and was in intensive care for five days.[113]

21    68.    In 2011, a man was hit in the face by a foul ball during a baseball game between the

22  Texas Rangers and the Oakland Athletics:

23
24

_____

25    [110] An image of Fletcher's daughter's head after her surgery. The dark lines in her forehead
show the fractures.  http://www.atlantamagazine.com/great-reads/foul-territory/.

26    [111] http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-
injure-1750-fans-a-year.

27    [112] *Id.*

28    [113] http://mentalfloss.com/article/28902/if-foul-ball-hits-you-does-team-owe-you-anything.



114

69.     On August 6, 2012, a child sitting in an unprotected seat near first base was hit in the face by a foul ball at a Texas/Boston game at Fenway Park.[115]

70.     On May 20, 2014, an eight-year-old boy seated in the first row behind home base was hit in the head by a line-drive foul off the bat of Milwaukee Brewer Carlos Gomez during the seventh inning.  When the ball rocketed into the stands behind the first-base dugout, the batter dropped to a knee in prayer.[116]  It was the boy's first major league baseball game, and he was sitting approximately four rows above the Braves' first-base-side dugout.  Third baseman Chris Johnson said the sound the ball made when it hit the boy's head sounded similar to the sound the ball made when it came off the bat.[117]  Three other fans were also injured at that game.[118]

---

[114] http://m.mlb.com/news/article/135162588/foul-ball-hits-fan-braves-brewers-game-halted; http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-ayear.

[115] https://www.youtube.com/watch?v=2gjFRGedce0.

[116] http://www.atlantamagazine.com/great-reads/foul-territory/.

[117] http://m.mlb.com/news/article/76278682/boy-hit-with-foul-ball-in-atlanta-ok-gets-visit-from-players-in-hospital.

71.     On June 29, 2014, two fans along the right-field line were hit in the face by foul balls during a Marlins-Athletics game.[119]  Miami manager Mike Redmond stated "Marlins Park was a dangerous place today…I saw the girl get hit square on.  She had no idea it was coming." On the television broadcast, a commentator states "you know, it's an area…and someday I think you'll see it…I saw it in Japan, at the World Baseball Classic, there are nets much like the…just like the home plate screen that run from the home plate screen all the way on top of the dugouts all the way along down the right field line."  The other announcer adds "I know there are some parks we visit that have those screens during batting practice.  None in Major League Baseball have them during the game."[120]

72.     On May 3, 2015, a boy was hit in the head by a foul ball during the Giants vs. Angels game at San Francisco's AT&T ballpark.[121]  Video captures the audible reaction of the crowd and shows the upset boy being carried out of the stands for medical attention.[122] Afterwards, the batter commented:

> I really don't understand why you would put little kids there, not behind the net, in the first place…  As an adult, I wouldn't sit there because there's not enough time to react to those things.  At first, my heart sank, because I didn't know how bad he was hurt. Then, I was [ticked] off because of the area they were sitting in in the first place. It's not a place for kids. It's really not. I wouldn't put my kids there. I wouldn't even sit there.  It's different when you're a player, you're in every pitch, but as a fan, you're distracted.  …They're not paying attention.  It's a bad scenario.[123]

Referencing the fact that the boy received a care package from the team, Iannetta added:

---

[118] http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year indicates four fans were injured at this game.

[119] http://espn.go.com/mlb/story/_/id/11153032/2-fans-hit-face-foul-balls-miami-marlins-game.

[120] https://www.youtube.com/watch?v=HF7Ma5RPKvs&list=PLPSbXLqq-krdZxYucz-5ZwTqDODOKOa3w.

[121] http://www.latimes.com/sports/sportsnow/la-sp-sn-angels-giants-young-fan-hit-by-foul-ball-20150503-story.html.

[122] https://www.youtube.com/watch?v=6_X_wa_gAnI.

[123] http://www.latimes.com/sports/sportsnow/la-sp-sn-angels-giants-young-fan-hit-by-foul-ball-20150503-story.html.

He made out on the swag end, but he definitely dodged a bullet.[124]



73.     In June 2015, Tonya Carpenter, who was seated in the unprotected area between home plate and the third-base dugout at Fenway Park, was struck by a flying shard of the bat.  Her eight-year-old son was seated with her and witnessed the injury, though he was eventually picked up by a police officer who tried to shield his eyes.[125]  The Boston Globe reported that her screams could be heard by fans and by those listening on the radio to the game's live radio broadcast.[126]  The game resumed less than a minute after her stretcher left the field.[127]  When asked about the injury, one of the Red Sox players commented:

> The only thing there, you've got limited netting here in Boston.
> When you're behind home plate and you're along the third base side
> and first base side, you've really got to be heads-up for foul balls,
> anything coming into the stands, because it's so close there's really
> no time to react.[128]

---

[124] *Id.*

[125] https://www.bostonglobe.com/sports/2015/06/05/fan-injured-broken-bat-taken-out-stretcher-fenway/Ie9sz929jciWL4Ez7YqOoK/story.html.

[126] *Id*.

[127] *Id*.

[128] *Id*.

1
2
3
4
5
6
7
8
9
10
11



129

12

74.     On June 19, 2015, a boy seated along the first-base line was injured

13

by a foul ball.[130]

14

75.     On July 6, 2015, a female fan who was sitting approximately seven rows above the

15

Brewers' dugout on the first base side, was injured when she was hit in the face by a foul ball.[131]

16

**E.      Players Demand Adequate Netting for Spectators**

17

76.     These injuries could all have been prevented if MLB had listened to its players.

18

Anonymous sources revealed just this year that players proposed for the 2007 and 2012 labor

19

agreements that protective netting at parks extend down the foul lines and as far as the foul poles.

20

This vote was not disclosed to the public by Manfred and the Office of the Commissioner.  As

21

stated by Derek Holland, the Rangers' player representative, "We're the ones who are down there,

22

so we know how dangerous it can be, and that's probably why the players have been pushing for so

23
24
25

[129] http://www.si.com/mlb/2015/06/12/fenway-park-fan-tonya-carpenter-hit-bat-released-hospital.

26

[130] http://espn.go.com/mlb/story/_/id/13117654/young-fan-hit-foul-ball-philadelphia-phillies-st-louis-cardinals-game-taken-hospital.

27

[131] http://m.mlb.com/news/article/135162588/foul-ball-hits-fan-braves-brewers-game-halted.

28

1    long to get a change….You know things happen, and you can't control where the ball goes or if a

2    bat breaks, and that's why it would be nice to have more protection."[132]

3        77.    Just a month after Tonya Carpenter's horrific injury, another woman was injured at

4    Fenway Park.  On July 10, 2015, Stephanie Wapenski was hit in the face with a foul ball, requiring

5    over 30 stitches.  She had no time to react, a fact also supported by witness accounts.  Wapenski

6    said: "I was paying attention to the game.  I saw the ball in the air and thought 'Which way is that

7    ball going?' I didn't have time for that entire thought.  I saw the ball and it hit me, bang bang."[133]

8    **F.    MLB's Authority and Refusal to Act**

9        **1.    MLB and Commissioner background and authority.**

10       78.    Major League Baseball oversees the game of professional baseball, which currently

11   includes 30 franchises in 28 cities in the U.S. and Canada.  The organization also oversees minor-

12   league baseball leagues, which comprise about 240 teams affiliated with the major-league clubs.

13   Teams are governed by Major League Baseball, which sets official rules.[134]  Major League

14   Baseball is led by the Commissioner of Baseball, Rob Manfred, Commissioner of Baseball[135] who

15   was chosen by a vote of team owners.[136]  Commissioner Manfred has referred to the "enormity of

16   the responsibility" of his role, as one of only a handful of MLB commissioners in history.[137]  The

17   Commissioner's role includes overseeing MLB's baseball operations[138] and Manfred's biography

18   indicates he oversaw operations even before becoming Commissioner.[139]

19

20

21

22       [132] http://www.dallasnews.com/sports/texas-rangers/headlines/20150627-after-recent-dangerous-incident-should-rangers-hang-more-netting-at-globe-life-park.ece.
         [133] http://www.wmur.com/sports/woman-injured-by-foul-ball-at-fenway-park-released-from-hospital/34119536.
23
24       [134] http://www.vault.com/company-profiles/sports/major-league-baseball/company-overview.aspx.
25       [135] https://en.wikipedia.org/wiki/Major_League_Baseball#cite_note-2000nl-5.
26       [136] https://en.wikipedia.org/wiki/Commissioner_of_Baseball.
         [137] http://espn.go.com/video/clip?id=12286112.
27       [138] http://mlb.mlb.com/mlb/official_info/about_mlb/executives.jsp?bio=manfred_rob.
28       [139] *Id.*

**2.      MLB's authority and responsibility regarding spectator safety.**

79.      Major League Baseball has promulgated a number of spectator safety rules that apply universally to all MLB ballparks.  For example, the MLB recently mandated that all MLB ballparks include security checkpoints for fans, either using metal detectors or walk-through magnetometers.[140]  It appears MLB also implemented a rule in 2012 that MLB ballparks employ temporary screens during batting practice in order to protect spectators.[141]  The MLB organization also includes an executive in charge of ballpark security and management.  The MLB also has the power to oversee, assess and criticize MLB ballparks with lax safety measures.[142]

80.      In addition to this, Manfred and the Office of the Commissioner also made numerous public statements acknowledging its duty to protect spectators and holding themselves out as having a duty to spectators.  For example, earlier this year, Manfred and the Office of the Commissioner commented:

> Fan safety is our foremost goal for all those who choose to support our game by visiting our ballparks, and we will always strive for that experience to be safe and fan-friendly.

MLB has also admitted that it is the role of the Commissioner and the Office of the Commissioner to make a change:

> …[T]here is no epidemic of foul ball damage yet that would warrant some sort of edict or action by the commissioner's office.[143]

---

[140] http://www.nydailynews.com/sports/baseball/mlb-metal-detection-stadiums-2015-article-1.1587239.

[141] *See e.g.*, Testimony from Bob Christofferson, Mariners' head groundskeeper at Safeco Field, in *Reed-Jennings vs. Baseball Club of Seattle, L.P.*, No. 71545-3-I, Respondent's Br. at 6 (Wash. App. 2012) ("The screens along the foul lines were not required by Major League Baseball until April 2012.").

[142] http://www.latimes.com/local/la-me-0621-bryan-stow-trial-20140621-story.html.  *See e.g.*, MLB's "Dodger Stadium Assessment," in which the MLB refers to a "culture of apathy and indifference" that contributed to a beating of a spectator at Dodger stadium. http://www.latimes.com/local/la-me-0621-bryan-stow-trial-20140621-story.html. MLB's official rules of baseball also include safety-related provisions for its players, such as a provision that relates to deciding when to turn ballpark lights on, if it is determined that darkness makes play hazardous.  Rule 4.14.

[143] Statement of John McHale, MLB executive vice president, 2014.  The former Commissioner also acknowledged it was within the role of the MLB and its Commissioner to promulgate rules to protect spectators.  http://www.foxsports.com/mlb/story/boston-red-sox-fenway-park-mlb-broken-bat-injured-fan-safety-netting-060715 ("While we're always very, very concerned with the health

81.     Players have also acknowledged Manfred and the Office of the Commissioner's role.  After the 2015 incident at Fenway Park, player Matwick said "there has been plenty of discussion on the topic, so we'll look for some direction from Major League Baseball, too."[144]

82.     Commissioner Manfred has made numerous statements acknowledging both his personal duty and responsibility and that of his office:

> When you have an issue like this, an incident like this, you have to
> go back and re-evaluate where you are on all of your safety issues
> and, trust me, we will do that.  Just like we are on a variety of issues
> right now at the beginning of my tenure … there's a variety of issues
> that we're going to take a fresh look at ….  You have to react
> strongly to an incident like this, but I think the best word for it is that
> we're going to re-evaluate where we are on the topic[145] … The
> MLBPA might be involved in those discussions,… And then
> obviously us and the clubs.[146]

**3.     Manfred and the Office of the Commissioner have at all times been aware of the risk of injury.**

83.     Manfred and the Office of the Commissioner have been fully aware and have failed to address the fact that a modern day slaughter pen has formed, that the area of danger has shifted to the areas along first and third bases and between the poles, where spectators are left entirely exposed and have suffered and are at risk of serious injury.

84.     Manfred and the Office of the Commissioner were aware of scholarly articles acknowledging the risk from baseballs and particularly foul balls since at least 1940:

> Baseball clubs cannot help but realize that baseballs occasionally
> inflict injury on spectators.  When thrown or batted vigorously they
> are dangerous missiles and have broken bones not only of players but
> also of spectators.  Tipped foul balls may be equally dangerous on
> account of the great speed which many pitchers possess.[147]

---

and the welfare of the fans, you also don't want to do anything to obstruct the views of the fans, which creates really a major problem. You sort of have to weigh one against the other.").

[144] www.dallasnews.com/sports/texas-rangers/headlines/20150627-after-recent-dangerous-incident-should-rangers-hang-more-netting-at-globe-life-park.ece.

[145] http://www.foxsports.com/mlb/story/woman-hit-bat-fenway-park-stands-upgraded-fair-commissioner-rob-manfred-re-evaluate-safety-060815.

[146] *Id.*

[147] http://scholarship.law.marquette.edu/cgi/viewcontent.cgi?article=3724&context=mulr.

85.     Manfred and the Office of the Commissioner have also been aware of numerous lawsuits on behalf of injured spectators.  *See* Exhibit B for a partial list of lawsuits.

86.     Manfred and his Office also regularly received reports of ballpark injuries from a company that handles insurance claims.[148]

87.     Manfred and the Office of the Commissioner have also been aware of the existence of first aid and foul ball logs, kept at every MLB ballpark, which track all injuries from errant balls and bats.  These logs are sometimes kept "confidential" to the public.[149]

88.     Manfred and the Office of the Commissioner's rules also show they were fully aware of the risks from errant balls and flying bats.  For example, Major League Baseball has acknowledged the safety issue posed by broken bats[150] in undertaking a study of all shattered bats. In 2012, Manfred and the Office of the Commissioner implemented a rule that temporary screens were required during batting practice.[151]  Indeed, there is little doubt that Major League Baseball recognizes the need for screening and netting – Major League Baseball has authored a Field Maintenance Guide that recommends, promotes and advocates the use of netting technology to protect baseball players in all levels of play.[152]

89.     Manfred and the Office of the Commissioner were also aware of the risk via players' concerns expressed in collective bargaining negotiations, as well as public statements.

---

[148] http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year ("MLB regularly receives reports about such injuries from a company that handles insurance claims.").

[149] The Rangers, for example, keep confidential statistics on injuries. http://www.dallasnews.com/sports/texas-rangers/headlines/20150627-after-recent-dangerous-incident-should-rangers-hang-more-netting-at-globe-life-park.ece.

[150] In 2008, then Commissioner Selig stated, "The maple bats safety issue is very real."  "I'm very concerned."

[151] *See e.g.*, Testimony from Bob Christofferson, Mariners' head groundskeeper at Safeco Field, in *Reed-Jennings vs. Baseball Club of Seattle, L.P.*, No. 71545-3-I, Respondent's Br. at 6 (Wash. App. 2012) ("The screens along the foul lines were not required by Major League Baseball until April 2012.").

[152] http://web.mlbcommunity.org.  The Field Maintenance Guide was authored by a 30 year turf and field consultant for MLB and created the document "to provide a resource for baseball field development and field maintenance for organizations involved in all levels of the game."

G.    **Manfred and the Office of the Commissioner's Negligence and Failure to Provide "Reasonably Safe" Facility**

   1.    **Manfred and the Office of the Commissioner Failed to Provide Sufficient Netting.**

   90.    Manfred and the Office of the Commissioner were negligent in failing to provide a reasonably safe facility for spectators sitting in the exposed areas along the first and third base lines, between the foul poles.  Manfred and the Office of the Commissioner failed to minimize the risk that spectators would be hit from flying balls or bats by promulgating rules to impose adequate netting in these areas.  Manfred and the Office of the Commissioner failed to take reasonable measures that could easily have been taken without altering the nature of the sport.  The harm to Plaintiff far outweighs any social value of Manfred and the Office of the Commissioner's interest in having exposed seats in this section, and precautions could have been taken with relative ease given MLB's resources, the presence of netting in other forms and Manfred and the Office of the Commissioner's familiarity with this technology.  Manfred and the Office of the Commissioner's failure to act breached their duty and resulted in serious spectator injury and put spectators at unreasonable risk from injury.  Manfred and the Office of the Commissioner knew and have known that the areas along the first and third base lines, between the foul poles, were the most dangerous areas – the areas where balls are likely hit the hardest, where the greatest danger exists and where, based on its knowledge such an occurrence could be reasonable be expected, but did not provide protection in these areas.

   2.    **Manfred and the Office of the Commissioner Failed to Provide Enough Access to Currently Netted Seats.**

   91.    Manfred and the Office of the Commissioner were also negligent in failing to provide enough access to currently netted seats for as many fans as would reasonably be expected to request such seats.  At Oakland's ballpark, for example, there are only a number of protected seats compared to the number overall, and many are reserved for longtime season-ticket holders.  This was not an area sufficiently large to accommodate as many as may have reasonably been expected to call for such protection.

**3.      Manfred and the Office of the Commissioner Failed to Promulgate standards regarding netting.**

92.      Manfred and the Office of the Commissioner failed to provide a consistent netting rule for all stadiums, or to promulgate standards on this issue.  This was fully within MLB's power, as evidenced by Manfred and the Office of the Commissioner's recent institution of a uniform MLB rule requiring safety checks at all MLB ballparks and the apparent 2012 rule regarding batting practice netting.

**4.      Manfred and the Office of the Commissioner Failed to Heed the Warnings of Professional Baseball Players.**

93.      Manfred and the Office of the Commissioner failed to heed the warnings of players, those who know the game best.

**5.      Manfred and the Office of the Commissioner Were Negligent in Allowing Use of Maple Bats.**

94.      Manfred and the Office of the Commissioner were negligent in allowing maple bats in the first place and have been negligent in not outlawing them once the risk became known.  In 2008 MLB Commissioner Selig said that the issue of broken bats kept him up at night.[153]  Major League Baseball now sends every shattered bat to a lab, where it can be studied.[154]  Manfred and the Office of the Commissioner changed some regulations with regard to bats, decreasing their incidence.  But bats are still breaking into multiple pieces at a rate of .53 bats per game (as of the 2012 season).[155]  Manfred and the Office of the Commissioner, despite knowing full well that maple bats tend to explode, and spending its *own money* to study the issue, have not outlawed their use.

**6.      Manfred and the Office of the Commissioner Failed to take measures commonly taken in other sports, in other ballparks, and in other countries.**

95.      Recognizing the risk of spectator injury, several other professional sports leagues and organizations, but not Major League Baseball, have modified rules to limit spectators'

---

[153] http://articles.chicagotribune.com/2008-07-16/sports/0807150891_1_maple-bats-replay-logical-solution.

[154] Take Me Out to the Ballgame…But Bring a Helmet:  Reforming the "Baseball Rule" in Light of Recent Fan Injuries at Baseball Stadiums, Matthew J. Ludden.

[155] *Id.*

exposure to preventable injuries by erecting barriers between the field of play and the spectators. In 2002, after a teenage girl was hit by a puck and died, the National Hockey League acted quickly to mandate netting behind the goal line that extends beyond the end glass and higher Plexiglas above the side boards.[156]  It is estimated that these measures have stopped more than 23,700 errant pucks from injuring fans.[157]  After a NASCAR incident in which car fragments were hurled towards the spectators, NASCAR officials reacted quickly by mandating the use of restrictor plates.[158]

96.    Protective netting is common in other countries.  For example, it is standard in Japan, where baseball is extraordinarily popular.

**7.    Manfred and the Office of the Commissioner Failed to use technology at its disposal to protect spectators.**

97.    All MLB parks are now equipped with Major League Baseball's Statcast technology, which measures the speed of pitches and batted balls, including their spin rates and launch angles.[159]  It also tracks the efficiency of players' routes to balls, the strength of their arms, runners' top speeds on the base paths, the quickness of their initial steps, and measures their reaction times.[160]  Major League Baseball has not used this technology to advance spectators safety in any way.

**8.    Manfred and the Office of the Commissioner Failed to Promulgate standards re minimum distance from field of play.**

98.    At the same time that Manfred and the Office of the Commissioner have attempted to entice more and younger spectators to MLB ballparks, and have provided greater and more elaborate distractions for fans, Manfred and the Office of the Commissioner are aware and have allowed newer stadiums to be built in smaller proportions, with less distance between the field and the spectator seating area.  In Cobb County, Georgia, a new 41,500-seat facility is set to open in 2017, which will place a higher percentage of seats closer to the field than any other MLB

---

[156] http://reportingtexas.com/into-the-stands-how-safe-is-professional-baseball/.
[157] Id.
[158] http://fisherpub.sjfc.edu/cgi/viewcontent.cgi? article=1038&context=sport_undergrad.
[159] http://ftw.usatoday.com/2015/05/mlb-statcast-stats-data-launch-angle-route-efficiency.
[160] Id.

ballpark.[161]  Manfred and the Office of the Commissioner have failed to promulgate any standards to create a minimum distance between the spectator and the field of play in MLB ballparks. Manfred and the Office of the Commissioner knew these spectators were at enhanced and increased risk.

**9.     Manfred and the Office of the Commissioner Failed to Promulgate Standards regarding Injury Response.**

99.     Manfred and the Office of the Commissioner failed to provide consistent standards regarding injury response.  MLB ballparks have been left to their own devices, implementing entirely inadequate measures.  Some parks equip ushers with pagers, and place them in areas with high foul-ball frequencies, so they can quickly call in emergencies.[162]  Some ballparks also contract with local hospitals by giving attending physicians tickets in exchange for being on call at games.[163]

**H.     Major League Baseball's Increased the Risk to Spectators**

**1.     Manfred and the Office of the Commissioner have increased the risk by including non-necessary distractions at ballparks.**

100.     At the same time that Manfred and the Office of the Commissioner failed to act, Manfred and the Office of the Commissioner have also added or have allowed the addition of a number of changes to the ballpark viewing environment to entice more fans, market the game, and increase revenue.  These additions have been made not to benefit the game itself, have materially altered the game and could reasonably be expected to divert the attention of spectators from the field of play.  For example, baseball fields have video display monitors on the back of seats, food ordering displays attached to seats, various contests on and off the field, vendors using humorous techniques to deliver food (hot dog cannons), and team mascots designed to entertain the crowd. There are vendors and merchandise "hawkers" roaming the seats.  Ballparks in the United States

---

[161] http://www.atlantamagazine.com/great-reads/foul-territory/#sthash.RdFeXLDC.dpuf.

[162] http://www.thewire.com/culture/2014/09/foul-balls-hurt-way-more-people-than-they-should/379869/.

[163] http://www.atlantamagazine.com/great-reads/foul-territory/.

have enormous jumbotron screens, some over 11,000 square-feet in dimension, some of the largest video screens anywhere in the world.[164]

**2.    Manfred and the Office of the Commissioner have increased the risk by calling for use of mobile devices, particularly by children, while watching live games in MLB ballparks.**

101.    Major League Baseball has also encouraged, and even called for, fans, including and especially children, to use mobile devices during games.  The Commissioner has spoken specifically about the need to further enhance the fan experience in the ballpark, and particularly that of young people, using technology.[165]  He has indicated he is "worried" that every ballpark does not have Wi-Fi, and praised those that did.  He has spoken specifically of filling spectators' "second screens" (their mobile devices) with MLB.com content during live ballgames.  Manfred and the Office of the Commissioner have acknowledged these extemporaneous features and intentional measures, used to enhance the game experience from a marketing perspective, could pose a distraction:  "We don't want to distract them, we want to give them additional information that makes them appreciate the play of the game on the field even more."[166]

**3.    Manfred and the Office of the Commissioner have increased the risk by marketing ballparks and their most dangerous areas as safe and family friendly.**

102.    The Commissioner and his office have also marketed the game to and encouraged parents and grandparents to bring more children to MLB games at a younger age, knowing that these youngest fans in particular cannot always clearly see the field, may have diminished reaction times, and are often the most physically vulnerable to serious injury.

103.    The Commissioner and his office have also increased the risk by wooing young fans into ballparks, and marketing the most dangerous and exposed areas of MLB ballparks as safe for

---

[164] https://en.wikipedia.org/wiki/List_of_largest_video_screens.

[165] http://www.chicagotribune.com/sports/baseball/ct-sullivan-rob-manfred-baseball-changes-spt-0224-20150223-story.html.

[166] https://www.youtube.com/watch?v=jHKTx0zII2Uhttps://www.youtube.com/watch?v=jHKTx0zII2 U.  In 2004, AT&T park in San Francisco became the first professional venue to provide WiFi at their home field. http://sportsvideo.org/main/blog/2009/07/att-park-offers-giants-fans-uniquely-digital-ballpark-experience/.  At least 10 of the 15 MLB major league ballparks offer Wi-Fi. http://blog.socialsign.in/2014/04/01/wifibaseball.

families, children, and even infants.  On June 23, 2015, MLB's website, www.mlb.com, posted an

"*Oh baby, what a catch!  Fan holds son, snags ball*" article, with accompanying photo and video,

showing a man in the unprotected area along first base catching a foul ball while cradling his infant

baby son, drinking from his baby bottle, in his other hand.[167]  Despite the fact that it was described

as a "pop up" foul, the video also clearly shows two adult men, near the infant, recoiling their

hands and bodies back in a defensive stance, with grimaces on their faces[168]:



104.    Manfred and the Office of the Commissioner have made other statements marketing

and advertising the game and ballparks as family friendly.  For example, on January 5, 2015,

MLB's website, www.mlb.com, posted an article entitled "'Family friendly' Progressive Field

recognized," which refers to changes to "cater to families and children" and "create a kid-friendly

experience."

105.    In early 2014, the Chicago Cubs announced their first, official team mascot would

be "Clark," a "young, friendly cub"...who "can't wait to interact with our other young Cub fans.

He'll be a welcoming presence for families at Wrigley Field…"[169]

---

[167] http://m.mlb.com/news/article/132444096/cubs-fan-makes-catch-holding-baby.  The manager of the Cubs manager admitted he was worried about the baby while watching the play.

[168] http://m.mlb.com/news/article/132444096/cubs-fan-makes-catch-holding-baby.

[169] http://www.cbssports.com/mlb/eye-on-baseball/24408433/cubs-announce-new-mascot-clark-a-young-friendly-cub.

106.    As of this year, an MLB ballpark also has a facility designed exclusively as a nursing area, where mothers can feed and care for their babies.[170]

**4.    Manfred and the Office of the Commissioner have increased the risk by calling for an increased pace of play.**

107.    The Commissioner and his office have also increased the risk by calling for an increased pace of play via the pitch count.  This would likely decrease the amount of time in between pitches and reduce the amount of time that spectators have to re-direct their attention away from other activities, such as watching an instant replay, checking the scoreboard or keeping score, to prepare for the next pitch and at-bat or the multitude of distractions and additional visual stimuli introduced by Manfred and the Office of the Commissioner.  This would also likely increase the risk of danger to spectators.

## V.    CLASS ACTION ALLEGATIONS

108.    Plaintiff brings this action pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure, on behalf of herself and the members of the following Nationwide "Danger Zone" Class:

> All persons that purchased a season ticket to a Major League Baseball game and whose seat(s) are located in any unnetted/uncovered area between home plate and the foul plates located at the end of the right and left field lines ("the Danger Zone").

109.    Plaintiff also brings certain claims on behalf of California Danger Zone subclass defined as follows:

> All persons or entities that purchased a season ticket to a Major League Baseball game played in California located in the Danger Zone.

110.    Excluded from the Class are Defendants, any entity in which Defendants have a controlling interest or which has a controlling interest in Defendants, and Defendants' legal representatives, predecessors, successors, assigns, and employees.

111.    Plaintiff reserves the right to amend the class definition prior to class certification.

---

[170] https://en.wikipedia.org/wiki/Great_American_Ball_Park#Screen_renovations_for_the_2009_season.

112.    The Class consists of hundreds of individuals, making joinder impractical, in satisfaction of Fed. R. Civ. P. 23(a)(1).  The exact size of the class is ascertainable through public records.

113.    The Claims of Plaintiff are typical of the Claims of the Class.  The claims of Plaintiff and the Class are based on the same legal theories and arise from the same unlawful and willful conduct, resulting in the same injury to the Plaintiff and the Class.

114.    Defendants have acted and failed to act on grounds generally applicable to Plaintiff and the Class, requiring the Court's imposition of uniform relief to ensure compatible standards of conduct towards the Class.

115.    There are many questions of law and fact common to the claims of Plaintiff and Class members, and those questions predominate over any questions that may affect only individual Class members within the meaning of Fed. R. Civ. P. 23(a)(2) and 23(b)(2).

116.    Common questions of fact and law affecting members of the Class include, but are not limited to, the following:

    a.    What is the nature of the duty that the Defendants owe to Plaintiff and the Class?

    b.    Did Defendants breach that duty?

    c.    Does Defendants' breach unreasonably increase the risk of injury to Plaintiff and the Class?

    d.    Are Plaintiff and the Class entitled to injunctive relief?

    e.    Did Defendants misrepresent ballparks as safe and family friendly?

    f.    Have Defendants violated California statutory law?

**VI.    CLAIMS ALLEGED**

**FIRST CAUSE OF ACTION**

**NEGLIGENCE**
**(On Behalf of the Class)**

117.    Plaintiff adopts and incorporates by reference all prior paragraphs of this Complaint as if fully set forth herein.

CLASS ACTION COMPLAINT
010525-11  793309 V1

- 39 -

118.     At all relevant times, Defendants had a duty towards Plaintiff and the Class to supervise, regulate, monitor, and provide reasonable and appropriate rules to minimize the risk of injury to spectators.

119.     Defendants were aware of the severe and preventable nature of the injuries suffered by spectators seated in the unprotected areas between foul poles at MLB-sanctioned baseball games.  Despite their knowledge and controlling role in governing Major League Baseball, the teams, the players, and facility safety, including having an executive specifically in charge of facility maintenance and security, Defendants turned a blind eye to the risk and failed to warn and/or impose safety regulations governing this health and safety issue.  At the same time, Defendants have provided various assurances regarding fan safety, stating that "our first and foremost concern remains the safety of our fans" and describing the game as an "extraordinarily healthy entertainment product"[171] and marketed the game as family-friendly and these unprotected areas of MLB ballparks as safe for adults, children and infants.

120.     Defendants have made various public statements acknowledging their duties regarding spectator safety. For example, after the June 2015 incident at Fenway Park, when asked whether MLB would take action, Manfred stated "When you have an issue like this, an incident like this, you have to go back and re-evaluate where you are on all of your safety issues and, trust me, we will do that.  Just like we are on a variety of issues right now at the beginning of my tenure … there's a variety of issues that we're going to take a fresh look at….  You have to react strongly to an incident like this, but I think the best word for it is that we're going to re-evaluate where we are on the topic."[172]  He indicated "I don't have a firm timetable in mind … We're very cognizant of the severity of the injury, and obviously it's a great concern to us, but we want to make a decision that's the right decision over the long haul in terms of promoting fan safety."[173]  He

---

[171] http://www.washingtonpost.com/sports/nationals/baseballs-trouble-with-the-youth-curve--and-what-that-means-for-the-game/2015/04/05/2da36dca-d7e8-11e4-8103-fa84725dbf9d_story.html.

[172] http://www.foxsports.com/mlb/story/woman-hit-bat-fenway-park-stands-upgraded-fair-commissioner-rob-manfred-re-evaluate-safety-060815.

[173] http://www.dallasnews.com/sports/texas-rangers/headlines/20150627-after-recent-dangerous-incident-should-rangers-hang-more-netting-at-globe-life-park.ece.

specifically acknowledged that "The MLBPA might be involved in those discussions," Manfred said, "And then obviously us and the clubs."[174]  Defendants have also acknowledged their role by stating that "there is no epidemic of foul ball damage yet that would warrant some sort of edict or action by the commissioner's office."  Former Commissioner Selig also acknowledged this responsibility, indicating in 2008 that the organization would discuss whether fans are at risk from batted balls, and review the issue at annual meetings.[175]  Defendants have also taken ownership of this role by voluntarily choosing how to spend funds to investigate and regulate many different circumstances affecting spectator health and safety, including compiling statistics of and testing the rate of shattered bats[176] and implementing changes to bat regulations.[177]  The Commissioner has also publicly stated "…we have taken important steps in this area … We've spent a lot of time, effort and money to make sure that our bats are safer and we have less of these incidents."[178]

121.    While Defendants, through these and other statements and actions, have held themselves out as responsible for and responsive to spectator safety issues, spectators, including the Plaintiff and the putative class, have looked to Defendants for guidance on spectator safety issues.

---

[174] http://www.foxsports.com/mlb/story/woman-hit-bat-fenway-park-stands-upgraded-fair-commissioner-rob-manfred-re-evaluate-safety-060815.

[175] http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year.

[176] "Take Me Out to the Ballgame…But Bring a Helmet:  Reforming the Baseball Rule In Light of Recent Fan Injuries at Baseball Stadiums," Matthew J. Ludden, 2013, Marquette University.

[177] http://www.foxsports.com/mlb/story/woman-hit-bat-fenway-park-stands-upgraded-fair-commissioner-rob-manfred-re-evaluate-safety-060815.  MLB has attempted to reduce the number of breaks by conducting studies into the science behind bat breaks and imposing certain regulations on the structure of bats, which has resulted in a decrease in the total number of breaks since the 2008 season.  "Take Me Out to the Ballgame…But Bring a Helmet:  Reforming the Baseball Rule In Light of Recent Fan Injuries at Baseball Stadiums," Matthew J. Ludden, 2013, Marquette University.  For example, one regulation requires that a bat's slope of grain for the handle and tapered regions must be no greater than three degrees, and must be maintained on the edge and face of the grain surfaces.  Also, a bat's entire grain must be sufficiently discernible to permit visual grading to detect defects. http://m.mlb.com/news/article/36046676/.

[178] http://www.foxsports.com/mlb/story/woman-hit-bat-fenway-park-stands-upgraded-fair-commissioner-rob-manfred-re-evaluate-safety-060815.

122.    Defendants have also demonstrated their duty for spectator safety by promulgating other rules universal to MLB ballparks, such as a rule requiring security checks and an apparent rule requiring netting during batting practice.

123.    Defendants have been and are aware of publications in the sports and medical communities that established that injuries were a significant and preventable risk to spectators in unprotected areas between the foul poles at MLB games, and were also aware of studies indicating there likely is no possibility that fans sitting in certain areas of the stadium would have time to react to avoid injury.[179]  Defendants were also aware of the presence of statistics, such as those assembled on "foul ball logs," and other first-aid records, such as those maintained at Atlanta Braves' Turner field.[180]  Defendants were also aware that players, during collective bargaining, had asked for additional netting, but did not disclose this to ticketholders or the public at large. Defendants were also aware of the myriad distractions MLB has added to MLB ballparks.

124.    Defendants have failed to meet their responsibility to safeguard spectators, and have engaged in a pattern of negligence and inaction with respect to spectator injuries, while profiting from these same spectators.

125.    Specifically, Defendants failed to provide adequate protection for spectators sitting in the most dangerous parts of MLB ballparks.  Defendants failed to ensure that an adequate number of protected seats would be available to the casual spectator and season-ticket holders. Defendants also failed to extend netting in the part of the ballpark where the greatest danger from flying balls exists.

126.    Defendants also failed to timely educate and provide proper oversight over individual baseball clubs.

127.    Article II of the Major League Constitution includes oversight power over individual baseball clubs and Section 2(b) empowers the Commissioner with authority "[t]o investigate . . . any act, transaction or practice charged, alleged or suspected to be not in the best

---

[179] For example, in a lawsuit against MLB's Chicago Red Sox, expert testimony concluded it took the ball a mere 1.07 seconds to travel 141 feet into the stands.

[180] http://www.bloomberg.com/news/articles/2014-09-09/baseball-caught-looking-as-fouls-injure-1750-fans-a-year.

interest of the national game of Baseball."  The Commissioner can discipline leagues, clubs, officers, employees and players for conduct "deemed by the Commissioner not to be in the best interests of Baseball."[181]  Notwithstanding its own obligations and duties, Defendants have also issued reports criticizing individual ballparks for lax spectator safety.

128.    Defendants also increased the risk to spectators by calling for more distracting technology to lure in younger fans and appeal to their shorter attention spans, and by advocating for a pitch clock that would reduce the amount of time between pitches/bats.

129.    Defendants also made false statements and assurances about the priority of fan safety and the "entertainment" aspects of the game, encouraging families to bring their children to games at a younger and younger age.

130.    Defendants' conduct is particularly egregious in light of the fact that the MLB has long taken similar steps, such as installing netting in front of some dugouts[182] and mandating in 2008 that all MLB base coaches wear protective helmets,[183] to protect its highly paid athletes. Unlike professional athletes, who have the resources to pay for medical care necessitated by head and facial injuries caused during their professional careers, spectators do not have such resources, and are not compensated for their injuries, which can have long-term, debilitating effects.  The MLB has also placed technology in every Major League ballpark that can track the speed of balls as well as player reaction times.[184]

---

[181] The best-interests power does not extend to anything that requires the club to act, or not to act, on the election of a Commissioner; expansion; sale or relocation of a club; provisions affecting revenue sharing; provisions amending the Major League Agreement; any matter subject to collective bargaining with the MLBPA; or anything which a league constitution specifies must be voted on by members of the league.  However, there is an important exception:  "*Except as necessary to preserve the integrity of, or public confidence in, baseball.*"  The Commissioner himself acknowledged that this exception might not even be necessary, acknowledging that management could order expanded netting to protect fans without bargaining over the matter with the players' association. http://espn.go.com/mlb/story/_/id/13092427/rob-manfred-mlb-commissioner-open-change-all-star-game-fan-voting-proves-flawed.

[182] For example, after California Angels pitcher Matt Keough was hit in the right temple and nearly killed by a line drive while seated in the dugout of Scottsdale Stadium in Arizona in 1992, a fence was installed in front of the dugout for the safety of the players and staff. http://www.si.com/vault/2002/04/01/321174/safety-squeeze-with-new-ballparks-putting-spectators-closer-than-ever-to-the-action-more-fans-are-getting-in-harms-way.

[183] http://m.mlb.com/news/article/2989456/.

[184] http://ftw.usatoday.com/2015/05/mlb-statcast-stats-data-launch-angle-route-efficiency.

131.    Defendants were in a superior position with respect to knowledge of the risk to spectators, and breached their duty to provide a safer environment for spectators.

132.    Defendants acted carelessly and negligently in their position as the regulatory authorities for Major League Baseball.  Defendants knew or should have known that their action or inaction in light of the rate and extent of injuries reported and made known to Major League Baseball would cause harm to spectators in both the short and long-term.

133.    Defendants were careless and negligent by breaching the duty of due care they assumed for the benefit of the Plaintiff and the Class, both generally and in the following particular respects as set forth above and summarized below:

        a.      Failing to provide adequate netting;

        b.      Failing to ensure enough seats under existing netting;

        c.      Failing to disclose the special risk of injury to fans sitting along first and third base lines, between the poles;

        d.      Failing to disclose the special risk of injury from shattered bats;

        e.      Failing to promulgate rules and regulations to adequately address the dangers;

        f.      Failing to disclose that players requested adequate netting;

        g.      Failure to promulgate rules and regulations regarding minimum distance from field of play;

        h.      Misrepresenting ballparks as safe and family friendly;

        i.      Concealing pertinent facts; and

        j.      Other acts of negligence or carelessness that may materialize during the pendency of this action.

134.    It was reasonable and foreseeable that these failures would increase the risk to spectators.

135.    The Plaintiff individually and the Class members that sit in these sections are at an unreasonable risk due to Defendants' breaches.

136.    As a result of the foregoing, the Plaintiff and the Class have an improper risk of injury and will in the future suffer damages caused by the misconduct of Defendants.

137.     The Plaintiff and the Class are entitled to injunctive relief requiring Defendants, among other things, to adopt corrective measures regarding the implementation of:  (1) a rule requiring all existing major league and minor league indoor and outdoor ballparks to be retrofitted to extend protective netting from foul pole to foul pole by the beginning of the 2016-2017 MLB season; (2) a rule requiring any newly constructed ballpark intended to house major or minor league baseball games, to include at a minimum this amount of netting; and (3) a program to study injuries and the rates of injuries amongst spectators, including the type and manner of injury and at what locations in ballparks they occur, in an effort to continually reevaluate whether additional measures should be taken, so that precautionary measures can continue to evolve as the sport continues to evolve.

138.     Moreover, Plaintiff has no adequate remedy at law in that monetary damages alone cannot compensate her for the risk of injury.

**SECOND CAUSE OF ACTION**

**FRAUDULENT CONCEALMENT**
**(On Behalf of the Class)**

139.     Plaintiff adopts and incorporates by reference all prior paragraphs of this Complaint as if fully set forth herein.

140.     Defendants concealed facts and information which were material.  As more fully described above, the incidence of spectator injuries has been well known to Defendants.  Further, based on studies for which the MLB *itself* paid, Defendants were aware of the incidence of shattered bats.  Defendants were also aware that a readily available and inexpensive protective measure has been in use before the turn of the century and had already been implemented between the foul poles in newer ballparks in the U.S., as well as other countries like Japan.  Defendants also knew and concealed to the public that major league baseball players had asked for increased netting during the course of collective bargaining negotiations.  Defendants also were aware of studies that determined that fans sitting in exposed areas of ballparks cannot reasonably be expected to react quickly enough to protect themselves from a foul ball.  Defendants were also in possession of technology measuring the speed of baseballs and human reaction time.

141.     Through this concealment, as well as concealing the truth via statements such as that baseball is an "extraordinarily healthy entertainment product," and statements encouraging parents and grandparents to bring children to games, and advertising the game as family friendly via articles on its website showing infants in the unprotected areas of ball fields, Defendants induced a false belief in spectators that that they should continue to purchase tickets for and attend MLB games, and continue to sit in and bring their minor children to exposed areas of the ballpark between the foul poles.  This concealment was also achieved via the use of unconscionable "warnings" on the back of tickets and/or signage in stadiums that perpetuated a myth that attention was a defense to serious injury from an errant ball or a flying bat and would lead reasonable spectators to believe that these areas of the ballpark would be "safe" as long as they generally paid attention to the game.

142.     As a proximate cause of Defendants' concealment, Plaintiff and the putative Class members suffered harm described above.

### THIRD CAUSE OF ACTION

### VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
(CAL. BUS. & PROF. CODE § 17200, *et seq.*)

143.     Plaintiff realleges the foregoing allegations as if fully set forth herein on behalf of a class of persons or entities that bought season tickets to games in California who are seated in the Danger Zone.

144.     The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."  CAL BUS. & PROF. CODE § 17200.

145.     Defendants have engaged in unfair competition and unfair, unlawful or fraudulent business practices by their conduct, statements, and omissions described above.  In addition, Defendants have engaged in unfair competition by engaging in fraud and deceit.

146.     The acts engaged in by Defendants are fraudulent and show a pattern of untruthful statements, false representations, concealment, and intent to mislead were all part of a scheme to mislead.

147.    These acts and practices have deceived Plaintiff and the putative Class and are likely to deceive the public.  Defendants' violations of the UCL caused injuries to Plaintiff and Class members.

148.    The injuries suffered by Plaintiff and Class members are greatly outweighed by any potential countervailing benefit to consumers or to competition.  Nor are they injuries that Plaintiff and Class members should have or could have reasonably avoided.

149.    Defendants' representations and acts as set out above induced Plaintiff and others similarly situated to continue to purchase tickets for and attend MLB games.  Plaintiff reserve the right to identify additional violations by Defendants as may be established through discovery.

150.    Pursuant to California Business and Professions Code section 17203, Plaintiff seeks an order of this Court:

    a.    Declaring that Defendants have violated the provisions of California Business & Professions Code section 17200, and any other statutory violations; and by enjoining Defendants from violating the statute.

**FOURTH CAUSE OF ACTION**

**VIOLATIONS OF CONSUMER LEGAL REMEDIES ACT ("CLRA"),
CALIFORNIA CIVIL CODE § 1750, *et seq.***

151.    Plaintiff incorporates by reference all allegations of the preceding paragraphs as though fully set forth herein on behalf of the California subclass.

152.    Plaintiff is a "person" as defined at California Civil Code § 1761(c) and a "consumer" as defined at California Civil Code § 1761(d).

153.    Defendant Manfred is a "person" as defined at California Civil Code § 1761(c).

154.    Defendant Office of the Commissioner of Baseball is a "person" as defined at California Civil Code § 1761(c).

155.    A ticket to an MLB major or minor league game is a "good" as defined at California Civil Code § 1761(a).

156.    By systematically holding out MLB games, including the unprotected areas of the ballparks, as safe, Defendants represented that an MLB game at an MLB-sanctioned ballpark had a characteristic that it did not have (Cal. Civ. Code § 1770(a)(5)), that it was of a particular standard or quality (Cal. Civ. Code § 1770(a)(7)), did not disclose that part of the reason for the reduced ticket price of unprotected seats is related to their unprotected nature (Cal. Civ. Code § 1770(a)(13)), and inserted an unconscionable assumption of risk provision in the contract entered into when a ticket is purchased,[185] despite its superior knowledge that it was unreasonable and against public policy to ask spectators to contract away a risk that is impossible to avoid due to the physical limits of human reaction time.  Cal. Civ. Code § 1770(a)(19).

## VII.    REQUEST FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the Class, requests judgment as follows:

A.    Certification of the proposed Class pursuant to Federal Rules of Civil Procedure Rule 23(a) and (b)(2);

B.    Designation of Plaintiff as representative of the proposed Class and designation of Plaintiff's counsel as Class counsel;

C.    Injunctive relief;

D.    An award to the Plaintiff and the Class of prejudgment interest, costs, and attorneys' fees; and

E.    An award to the Plaintiff and Class for such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of all claims in this Complaint so triable.

---

[185] MLB tickets contain a generalized statement, in five point size "mouse print," advising the ticket holder that he/she assumes all risks and danger.  *See e.g.*, Joint Pretrial Memorandum, *Costa v. The Boston Red Sox Baseball Club*, 2002 WL 33968373 (Mass. Super. Jan. 23, 2002).

DATED:  July 13, 2015                    HAGENS BERMAN SOBOL SHAPIRO LLP


                                         By _____
                                                  *Jeff D. Friedman*
                                              Jeff D. Friedman (173886)
                                              Jon T. King (205073)
                                         715 Hearst Avenue, Suite 202
                                         Berkeley, CA 94710
                                         Telephone: (510) 725-3000
                                         Facsimile: (510) 725-3001
                                         jefff@hbsslaw.com
                                         jonk@hbsslaw.com

                                         Steve W. Berman (*Pro Hac Vice* to be filed)
                                         Anthea Grivas (*Pro Hac Vice* to be filed)
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                         1918 Eighth Avenue, Suite 3300
                                         Seattle, WA 98101
                                         Telephone: (206) 623-7292
                                         Facsimile: (206) 623-0594
                                         steve@hbsslaw.com
                                         antheag@hbsslaw.com

                                         Robert C. Hilliard (*Pro Hac Vice* to be filed)
                                         Marion Reilly (*Pro Hac Vice* to be filed)
                                         HILLIARD MUÑOZ GONZALES L.L.P.
                                         719 S Shoreline Blvd., Suite #500
                                         Corpus Christi, TX 78401
                                         Telephone:  (361) 882-1612
                                         Facsimile:  (361) 882-3015
                                         bobh@hmglawfirm.com
                                         marion@hmglawfirm.com

                                         *Counsel for Plaintiff Gail Payne*