Steve W. Berman (*Pro Hac Vice*)
Anthea Grivas (*Pro Hac Vice* to be filed)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
antheag@hbsslaw.com

Robert Hilliard (*Pro Hac Vice*)
Marion M. Reilly (*Pro Hac Vice*)
HILLIARD MUÑOZ GONZALES L.L.P.
719 S Shoreline Blvd., Suite #500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
bobh@hmglawfirm.com
marion@hmglawfirm.com

*Counsel for Plaintiff Gail Payne*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); and ROBERT D. MANFRED, JR.,<br><br>Defendants. | No. 4:15-cv-3229-KAW<br><br>**NOTICE OF ERRATA**<br><br>CLASS ACTION |

010525-11 794149V1

1   PLEASE TAKE NOTICE THAT the following correction is being made to the Class Action Complaint filed in the above-captioned matter on July 14, 2015 (Dkt. 1):

Page 1, line 1:   "Gayle" should read "Gail."

A copy of the [Corrected] Class Action Complaint is hereby attached as Exhibit A.

DATED: July 14, 2015                    HAGENS BERMAN SOBOL SHAPIRO LLP

By _____ */s/ Steve W. Berman* _____

STEVE W. BERMAN (*Pro Hac Vice*)
Anthea Grivas (*Pro Hac Vice* to be filed)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
antheag@hbsslaw.com

Jeff D. Friedman (173886)
Jon T. King (205073)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
jonk@hbsslaw.com

Robert Hilliard (*Pro Hac Vice*)
Marion M. Reilly (*Pro Hac Vice*)
HILLIARD MUÑOZ GONZALES L.L.P.
719 S Shoreline Blvd., Suite #500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
bobh@hmglawfirm.com
marion@hmglawfirm.com

*Counsel for Plaintiff Gail Payne*

NOTICE OF ERRATA – No. 15-cv-3229 KAW                - 1 -

010525-11 749149V1