| | |
|---|---|
| KEKER & VAN NEST LLP<br>JOHN W. KEKER - #49092<br>jkeker@kvn.com<br>R. ADAM LAURIDSEN - #243780<br>alauridsen@kvn.com<br>THOMAS E. GORMAN - #279409<br>tgorman@kvn.com<br>PHILIP J. TASSIN - #287787<br>ptassin@kvn.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:     (415) 391-5400<br>Facsimile:     (415) 397-7188<br><br>Attorneys for Defendants<br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); and ROBERT D. MANFRED, JR. | HAGENS BERMAN SOBOL SHAPIRO LLP<br>STEVE W. BERMAN (*Pro Hac Vice*)<br>steve@hbsslaw.com<br>ANTHEA GRIVAS (*Pro Hac Vice*)<br>antheag@hbsslaw.com<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:     (206) 623-7292<br>Facsimile:     (206) 623-0594<br><br>HILLIARD MUÑOZ GONZALES L.L.P.<br>ROBERT C. HILLIARD (*Pro Hac Vice*)<br>bobh@hmglawfirm.com<br>MARION REILLY (*Pro Hac Vice*)<br>marion@hmglawfirm.com<br>719 S Shoreline Boulevard, Suite 500<br>Corpus Christi,  TX 78401<br>Telephone:     (361) 882-1612<br>Facsimile:     (361) 882-3015<br><br>Attorneys for Plaintiff<br>GAIL PAYNE<br><br>[Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PAYNE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); and ROBERT D. MANFRED, JR.,<br><br>   Defendants. | Case No. 3:15-cv-03229-SC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE**<br><br>Judge:     Hon. Samuel Conti<br><br>Date Filed: July 13, 2015 |

JOINT STIPULATION AND [PROPOSED] ORDER FOR
ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE
Case No. 3:15-cv-03229-SC

986557

1  Plaintiff Gail Payne and Defendants Office of the Commissioner of Baseball (d/b/a/ Major League Baseball) and Robert. D. Manfred, Jr., by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, on October 2, 2015, the Defendants will move to dismiss Plaintiff's Complaint because Defendants assert that Plaintiff lacks standing and has failed to state a claim for relief;

WHEREAS, Plaintiff's opposition brief will be due October 16, 2015, Defendants' reply brief will be due October 23, 2015, and the first possible date when the Court could hear argument on the motion to dismiss will be in November 2015;

WHEREAS, under N.D. Cal. L.R. 16-2(a), the Initial Case Management Conference was scheduled—by default—for October 23, 2015;

WHEREAS, the parties believe that it would be needlessly inefficient to hold an Initial Case Management Conference before the Court has an opportunity to consider the motion to dismiss;

WHEREAS, the parties believe that the most efficient case management schedule is to hold an Initial Case Management Conference 30 days after the Court issues a final determination on any motion to dismiss (and that all related deadlines be reset based on that Case Management Conference date);

IT IS THEREFORE HEREBY STIPULATED that:

1. The Initial Case Management Conference currently scheduled for October 23, 2015 (Dkt. 31) and all related deadlines shall be continued;
2. The Court shall re-schedule the Initial Case Management Conference upon final determination of any motion to dismiss.

SO STIPULATED AND AGREED

Dated:  September 24, 2015                    KEKER & VAN NEST LLP

                                              By:  */s/ John W. Keker*
                                                   JOHN W. KEKER
                                                   R. ADAM LAURIDSEN
                                                   THOMAS E. GORMAN
                                                   PHILIP J. TASSIN

                                                   Attorneys for Defendants
                                                   OFFICE OF THE COMMISSIONER OF
                                                   BASEBALL (d/b/a MAJOR LEAGUE
                                                   BASEBALL); and ROBERT D.
                                                   MANFRED, JR.

Dated:  September 24, 2015                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                              By:  */s/ Steve W. Berman*
                                                   STEVE W. BERMAN
                                                   ANTHEA GRIVAS
                                                   JEFF D. FRIEDMAN
                                                   JON T. KING

                                                   Attorneys for Plaintiff
                                                   GAIL PAYNE

Dated:  September 24, 2015                    HILLIARD MUÑOZ GONZALES L.L.P.

                                              By:  */s/ Robert Hilliard*
                                                   ROBERT HILLIARD
                                                   MARION M. REILLY

                                                   Attorneys for Plaintiff
                                                   GAIL PAYNE

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** The case management conference is continued to Friday, 01/08/2016, at 10:00 AM.

Dated:  _____09/24_____, 2015            _____
                                                   Hon. Samuel Conti
                                                   United States Senior District Court Judge

2
JOINT STIPULATION AND [PROPOSED] ORDER FOR
ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE
Case No. 3:15-cv-03229-SC

986557