1  ROBERT C. HILLIARD (*Pro Hac Vice*)
   MARION REILLY (*Pro Hac Vice*)
2  HILLIARD MUÑOZ GONZALES L.L.P.
   719 S Shoreline Blvd., Suite #500
3  Corpus Christi, TX 78401
   Telephone: (361) 882-1612
4  Facsimile: (361) 882-3015
   bobh@hmglawfirm.com
5  marion@hmglawfirm.com

7  Steve W. Berman (*Pro Hac Vice*)
   Anthea Grivas (*Pro Hac Vice*)
8  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
9  Seattle, WA 98101
   Telephone: (206) 623-7292
10 Facsimile: (206) 623-0594
   steve@hbsslaw.com
11 antheag@hbsslaw.com

12 Attorneys for Plaintiff
   GAIL PAYNE

   [Additional Counsel on Signature Page]

   KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
   R. ADAM LAURIDSEN - #243780
   THOMAS E. GORMAN - #279409
   PHILIP J. TASSIN - #287787
   633 Battery Street
   San Francisco, CA  94111
   Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
   jkeker@kvn.com
   alauridsen@kvn.com
   tgorman@kvn.com
   ptassin@kvn.com

   Attorneys for Defendants
   OFFICE OF THE COMMISSIONER OF
   BASEBALL (d/b/a MAJOR LEAGUE
   BASEBALL); and ROBERT D. MANFRED,
   JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); and ROBERT D. MANFRED, JR.,<br><br>Defendants. | No. 3:15-cv-03229-SC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>Judge: Hon. Samuel Conti<br><br>Date Filed: October 15, 2015 |

1     Plaintiff Gail Payne and Defendants Office of the Commissioner of the Baseball (d/b/a Major League Baseball) and Robert D. Manfred, Jr., by and through their undersigned counsel, dispute and agree as follows:

    WHEREAS, on July 13, 2015, Plaintiff filed her Original Complaint;

    WHEREAS, on October 2, 2015, Defendants filed a Motion to Dismiss the Original Complaint pursuant to Federal Rule of Civil Procedure 12(b);

    WHEREAS, Plaintiff's deadline to file her Response in Opposition to Defendants' Motion to Dismiss is currently October 16, 2015;

    WHEREAS, Plaintiff's deadline to file an Amended Complaint as a matter of right is October 23, 2015;

    WHEREAS, Defendants have agreed to withdraw their Motion to Dismiss the Original Complaint if Plaintiff files an Amended Complaint by October 23, 2015;

    WHEREAS, the parties believe that it would be inefficient to require Plaintiff to file her Response in Opposition before her deadline to file an Amended Complaint;

    IT IS THEREFORE STIPULATED that:

1. Plaintiff's Response to Defendants' Motion to Dismiss shall be continued from October 16, 2015 to October 23, 2015.

    SO STIPULATED AND AGREED:

| | | |
|---|---|---|
| 1 | DATED: October 15, 2015 | HILLIARD MUÑOZ GONZALES L.L.P. |

DATED: October 15, 2015        By   */s/ Robert C. Hilliard*
                                    ROBERT C. HILLARD
                                    MARION M. REILLY

                                    Attorneys for Plaintiff
                                    GAIL PAYNE

DATED: October 15, 2015        By   */s/ Steve W. Berman*
                                    STEVE W. BERMAN
                                    ANTHEA GRIVAS

                                    Attorneys for Plaintiff
                                    GAIL PAYNE

DATED: October 15, 2015        By   */s/ John W. Keker*
                                    JOHN W. KEKER
                                    R. ADAM LAURIDSEN
                                    THOMAS E. GORMAN
                                    PHILIP J. TASSIN

                                    Attorneys for Defendants
                                    OFFICE OF THE COMMISSIONER OF
                                    BASEBALL (d/b/a MAJOR LEAGUE
                                    BASEBALL); and ROBERT D.
                                    MANFRED, JR.

**PURSUANT TO A STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED:**

Plaintiff's deadline to file her Response in Opposition to Defendants' Motion to Dismiss is continued to October 23, 2015.

Dated:   10/16/2015

_____
United States District Court Judge