| | |
|---|---|
| ROBERT C. HILLIARD (*Pro Hac Vice*)<br>MARION REILLY  (*Pro Hac Vice*)<br>HILLIARD MUÑOZ GONZALES L.L.P.<br>719 S Shoreline Blvd., Suite #500<br>Corpus Christi, TX 78401<br>Telephone: (361) 882-1612<br>Facsimile: (361) 882-3015<br>bobh@hmglawfirm.com<br>marion@hmglawfirm.com<br><br>Steve W. Berman (*Pro Hac Vice*)<br>Anthea Grivas (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>antheag@hbsslaw.com<br><br>Attorneys for Plaintiffs<br>GAIL PAYNE, ROBERT GORMAN<br>and STEPHANIE SMITH<br><br>[*Additional Counsel on Signature Page*] | KEKER & VAN NEST LLP<br>JOHN W. KEKER - #49092<br>R. ADAM LAURIDSEN - #243780<br>THOMAS E. GORMAN - #279409<br>PHILIP J. TASSIN - #287787<br>633 Battery Street<br>San Francisco, CA  94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>jkeker@kvn.com<br>alauridsen@kvn.com<br>tgorman@kvn.com<br>ptassin@kvn.com<br><br>Attorneys for Defendants<br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); and ROBERT D. MANFRED, JR. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PAYNE, ROBERT GORMAN, and STEPHANIE SMITH, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); and ROBERT D. MANFRED, JR., et al.<br><br>                        Defendants. | No. 3:15-CV-03229-SC<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PROPOSED BRIEFING SCHEDULE<br><br>Judge:  Hon. Samuel Conti<br><br>Date Filed:  October 23, 2015 |

Plaintiff Gail Payne and Defendants Office of the Commissioner of the Baseball (d/b/a Major League Baseball) and Robert D. Manfred, Jr., by and through their undersigned counsel, dispute and agree as follows:

WHEREAS, on July 13, 2015, Plaintiff filed her Original Complaint;

WHEREAS, on October 2, 2015, Defendants filed a Motion to Dismiss the Original Complaint pursuant to Federal Rule of Civil Procedure 12(b);

WHEREAS, pursuant to a Stipulation entered into by the Parties, Plaintiff's deadline to file her Response in Opposition to Defendants' Motion to Dismiss is October 23, 2015;

WHEREAS, Plaintiff's deadline to file an Amended Complaint as a matter of right was October 23, 2015 and Plaintiff filed an Amended Complaint on or before that date;

WHEREAS, Defendants agreed to withdraw their Motion to Dismiss the Original Complaint upon the filing of Amended Complaint and have now done so;

WHEREAS, Defendants anticipate filing a New Motion to Dismiss the Amended Complaint;

WHEREAS, the parties believe that a briefing schedule regarding the new Motion to Dismiss will be efficient for the Court and parties

IT IS THEREFORE STIPULATED that:

1. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall be filed no later than November 20, 2015;
2. Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall be filed no later than December 14, 2015;
3. Defendants' Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint shall be filed no later than December 23, 2015.

SO STIPULATED AND AGREED:

| | | |
|---|---|---|
| 1 | DATED:  October 23, 2015 | HILLIARD MUÑOZ GONZALES L.L.P. |

By  */s/ Robert C. Hilliard*
ROBERT C. HILLARD
MARION M. REILLY

Attorneys for Plaintiff
GAIL PAYNE

DATED: October 23, 2015          By  */s/ Steve W. Berman*
STEVE W. BERMAN
ANTHEA GRIVAS

Attorneys for Plaintiff
GAIL PAYNE

DATED: October 23, 2015          By  */s/ John W. Keker*
JOHN W. KEKER
R. ADAM LAURIDSEN
THOMAS E. GORMAN
PHILIP J. TASSIN

Attorneys for Defendants
OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); and ROBERT D. MANFRED, JR.

**PURSUANT TO A STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED:**.

Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall be filed no later than November 20, 2015.  Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall be filed no later than December 14, 2015. Defendant's Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint shall be filed no later than December 23, 2015.

Dated:  10/27/2015

_____
United States District Court Judge

JOINT STIPULATION AND PROPOSED ORDER
C.A. NO. 3:15-CV-03229-SC                                      - 2 -