| | |
|---|---|
| KEKER & VAN NEST LLP<br>JOHN W. KEKER - #49092<br>jkeker@kvn.com<br>R. ADAM LAURIDSEN - #243780<br>alauridsen@kvn.com<br>THOMAS E. GORMAN - #279409<br>tgorman@kvn.com<br>PHILIP J. TASSIN - #287787<br>ptassin@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Defendants | HAGENS BERMAN SOBOL SHAPIRO LLP<br>STEVE W. BERMAN (*Pro Hac Vice*)<br>steve@hbsslaw.com<br>ANTHEA GRIVAS (*Pro Hac Vice*)<br>antheag@hbsslaw.com<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>HILLIARD MUÑOZ GONZALES L.L.P.<br>ROBERT C. HILLIARD (*Pro Hac Vice*)<br>bobh@hmglawfirm.com<br>MARION REILLY (*Pro Hac Vice*)<br>marion@hmglawfirm.com<br>719 S Shoreline Boulevard, Suite 500<br>Corpus Christi, TX 78401<br>Telephone: (361) 882-1612<br>Facsimile: (361) 882-3015<br><br>Attorneys for Plaintiffs<br><br>[Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PAYNE, ROBERT GORMAN, and STEPHANIE SMITH, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL); ROBERT D. MANFRED, JR., THE ATLANTA BRAVES, THE MIAMI MARLINS, THE NEW YORK METS, THE PHILADELPHIA PHILLIES, THE WASHINGTON NATIONALS, THE CHICAGO CUBS, THE CINCINNATI REDS, THE MILWAUKEE BREWERS, THE PITTSBURG PIRATES, THE ST. LOUIS CARDINALS, THE ARIZONA DIAMONDBACKS, THE COLORADO ROCKIES, THE LOS ANGELES DODGERS, THE SAN DIEGO PADRES, THE SAN FRANCISCO GIANTS, THE BALTIMORE ORIOLES, THE BOSTON RED SOX, THE NEW YORK YANKEES, THE TAMPA BAY RAYS, THE | Case No. 4:15-cv-03229-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS ON BEHALF OF THE TORONTO BLUE JAYS**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:      July 13, 2015<br>First Am. Complaint Filed:   Oct. 23, 2015<br><br>Trial Date: None set |

JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS
ON BEHALF OF THE TORONTO BLUE JAYS
Case No. 4:15-cv-03229-YGR

1016152

| | |
|---|---|
| 1 | TORONTO BLUE JAYS, THE CHICAGO WHITE SOX, THE CLEVELAND INDIANS, THE DETROIT TIGERS, THE KANSAS CITY ROYALS, THE MINNESOTA TWINS, THE HOUSTON ASTROS, THE LOS ANGELES ANGELS OF ANAHEIM, THE OAKLAND ATHLETICS, THE SEATTLE MARINERS, and THE TEXAS RANGERS, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS
ON BEHALF OF THE TORONTO BLUE JAYS
Case No. 4:15-cv-03229-YGR

1016152

Plaintiffs Gail Payne, Robert Gorman, and Stephanie Smith (collectively, "Plaintiffs"), and Defendant "Toronto Blue Jays Baseball Club" (hereinafter, the "Toronto Blue Jays"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs filed a First Amended Complaint on October 23, 2015, which, for the first time, named the 30 Major League Clubs as Defendants (Dkt. 41);

WHEREAS, the Toronto Blue Jays are owned and operated by Rogers Blue Jays Baseball Partnership, a general partnership that is organized and exists under the laws of the Province of Ontario, Canada (*see* Dkt. 52 at xi);

WHEREAS, the Toronto Blue Jays play their home games at Rogers Centre in Toronto, Ontario, Canada;

WHEREAS, all Defendants other than the Toronto Blue Jays filed a Motion to Dismiss on November 20, 2015 (Dkt. 52);

WHEREAS, the Toronto Blue Jays did not join the Motion to Dismiss in November because, at that time, the Plaintiffs had not yet served process using the Hague Treaty procedure mandated by Federal Rule 4(f)(1) for serving process on a foreign defendant (*see* Dkt. 52 at xi);

WHEREAS, the Plaintiffs have now served process on the Toronto Blue Jays using the Hague Treaty procedure;

WHEREAS, the Plaintiffs and Defendants do not wish to burden the Court with duplicative briefing and duplicative argument;

IT IS THEREFORE HEREBY STIPULATED that:

1. The "Toronto Blue Jays Baseball Club" shall join the Motion to Dismiss filed by the other Defendants, including specifically:

    a. The motion to dismiss all claims for injunctive relief under Federal Rule 12(b)(1) on the ground that Plaintiffs do not have standing to assert their claims or obtain the relief sought;

    b. The motion to dismiss all claims under Federal Rule 12(b)(2) on the ground that Plaintiffs have failed to establish that this Court has personal jurisdiction over the Toronto Blue Jays, who reside in Toronto, Ontario, Canada;

1
JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS
ON BEHALF OF THE TORONTO BLUE JAYS
Case No. 4:15-cv-03229-YGR

1016152

     c. The motion to dismiss all claims under Federal Rule 12(b)(3) on the ground that Plaintiffs have failed to establish that this district is a proper venue under 28 U.S.C. § 1391 for claims related to conditions at, or tickets to attend games at, Rogers Centre ballpark in Toronto, Ontario, Canada;

     d. The motion to dismiss all claims under Federal Rule 9(b) on the ground that Plaintiffs have failed to plead their fraud-related claims with particularity, and under Federal Rule 12(b)(6) on the ground that Plaintiffs have failed to state any claims upon which relief may be granted.

2. The Court shall not require duplicative briefing from either the Toronto Blue Jays or the Plaintiffs, and shall instead resolve the motion by the Toronto Blue Jays using the briefing that has already been filed (*see* Dkt. 52, 53, 54, 57).

3. The Court shall hear argument on the Toronto Blue Jays' motion together with argument on the motion filed by the other Defendants, currently scheduled for February 16, 2016.

SO STIPULATED AND AGREED.

Dated: January 6, 2016                         KEKER & VAN NEST LLP

                                                        By: */s/ R. Adam Lauridsen*
                                                              JOHN W. KEKER
                                                              R. ADAM LAURIDSEN
                                                              THOMAS E. GORMAN
                                                              PHILIP J. TASSIN

                                                              Attorneys for Defendants

///
///
///
///
///
///

2
JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS
ON BEHALF OF THE TORONTO BLUE JAYS
Case No. 4:15-cv-03229-YGR

1016152

| | | |
|---|---|---|
| Dated: January 6, 2016 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: | */s/ Steve W. Berman* |
| | | STEVE W. BERMAN |
| | | ANTHEA GRIVAS |
| | | JEFF D. FRIEDMAN |
| | | JON T. KING |
| | | Attorneys for Plaintiffs |
| Dated: January 6, 2016 | | HILLIARD MUÑOZ GONZALES L.L.P. |
| | By: | */s/ Robert Hilliard* |
| | | ROBERT HILLIARD |
| | | MARION M. REILLY |
| | | Attorneys for Plaintiffs |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2016

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

3
JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS
ON BEHALF OF THE TORONTO BLUE JAYS
Case No. 4:15-cv-03229-YGR

1016152

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Thomas E. Gorman, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order on Motion to Dismiss on Behalf of the Toronto Blue Jays. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

*/s/ Thomas E. Gorman*
Thomas E. Gorman

4
JOINT STIPULATION AND [PROPOSED] ORDER ON MOTION TO DISMISS
ON BEHALF OF THE TORONTO BLUE JAYS
Case No. 4:15-cv-03229-YGR

1016152