UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 3/22/16 | **Time:** 2:18pm-2:55pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-03229-YGR | **Case Name:** Payne v. Office of the Commissioner of Baseball | |

**Attorney for Plaintiff:** Steve Berman
**Attorney for Defendant:** John Keker, Thomas Gorman and Adam Lauridsen

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Batalo

## PROCEEDINGS

Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. no. 52]-HELD and SUBMITTED.

Order to be prepared by Court