UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAIL PAYNE, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**OFFICE OF THE COMMISSIONER OF BASEBALL, ET AL.,**<br><br>    Defendants. | Case No. 15-cv-03229-YGR<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 52 |

Defendants have moved to dismiss on a number of grounds, including on the ground that plaintiffs lack standing to assert their claims or obtain the relief sought. (Dkt. No. 52.) The motion was heard on March 22, 2016. The Court hereby **ORDERS** each side to submit a supplemental brief of no more than five (5) pages by **April 1, 2016**, addressing whether the Court should allow limited jurisdictional discovery. The contemplated jurisdictional discovery would be narrowly tailored to address solely the issue of standing; in particular, the probability that a given individual, seated in plaintiffs' specific sections at the two California stadiums in question, will be hit by a stray ball or bat in the course of a given game or season. *See Am. W. Airlines, Inc. v. GPA Grp., Ltd.*, 877 F.2d 793, 801 (9th Cir. 1989); *Gordon v. City of Moreno Valley*, 687 F. Supp. 2d 930, 940 (C.D. Cal. 2009).

**IT IS SO ORDERED.**

Dated: March 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**