United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PAYNE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-03229-YGR  (DMR)<br><br>**ORDER RE: HEARING ON JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 75 |

The court set a hearing on the parties' joint discovery letter brief [Docket No. 73] for June 30, 2016 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. [Docket No. 75.] The parties shall come prepared to meet and confer at the courthouse following the hearing, if so ordered.

**IT IS SO ORDERED.**

Dated: June 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge