# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/23/16 | **Time:** 2:16pm-2:50pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-03229-YGR | **Case Name:** Payne v. Office of the Commissioner of Baseball | |

**Attorney for Plaintiff:** Steven Berman and Jerrod Patterson
**Attorney for Defendant:** John Keker, Thomas Gorman and Adam Lauridsen

**Deputy Clerk:** Frances Stone          **Court Reporter:** Lee-Ann Shortridge

## PROCEEDINGS
Defendants' Motion to Dismiss [Dkt. no. 52] **-**HELD and SUBMITTED

**Order to be prepared by: Court**