# EXHIBIT A

Philadelphia    SIGN UP FOR NEWSLETTERS

CBS Local Rewards    4      Log In    Register       Search


  

92°

HOME    NEWS    WEATHER    SPORTS    TRAFFIC    EAT.SEE.PLAY    HEALTH    AUDIO    VIDEO    DEALS    TRAVEL    EVENTS    CONTESTS

Latest Sports    Phillies    Sixers    Flyers    Eagles      More Teams        Wingbowl    Mancave Daily    94WIP Shows



## Freddy Galvis Wants MLB To Expand Netting After Hitting Girl With Foul Ball

August 22, 2016 10:21 AM   **By Andrew Porter**

Filed Under: Phillies



PHILADELPHIA, PA - AUGUST 20: Freddy Galvis #13 of the Philadelphia Phillies reacts after hitting a young fan in the face with a foul ball in the eighth inning during a game against the St. Louis Cardinals at Citizens Bank Park on August 20, 2016 in Philadelphia, Pennsylvania. The Phillies won 4-2. (Photo by Hunter Martin/Getty Images)

**LISTEN LIVE**        Penn Medicine

**FOLLOW US ON**

✉ Sign Up for Newsletters

*PHILADELPHIA (CBS)* — Philadelphia Phillies shortstop Freddy Galvis was shaken up after a ball , that was hit off of his bat, struck a girl and sent her to the hospital on Saturday night.



Galvis, 26, was adamant about Major League Baseball expanding the foul ball netting. Only three teams   have netting that extends to the outfield.

ADVERTISING



HAVERFORD
Quality Investing since 1979

www.haverfordquality.com

**Sponsored Content**      Recommended by


Did Bill Clinton Have an Affair with V.P.'s Daughter?
ViralSay


Barack's Worst Nightmare! Malia Obama Caught PARTYING In Amsterdam
Radar Online


Trump's IQ Will Shock You
Choice or Life

"Everybody in TV, media, whatever," Galvis said. "But after three days what's going to happen? They're going to forget. But that family won't forget that. Do you think the little baby will forget that? It's true life."

"Why don't you put up a net and protect all the fans?" he continued. "I always look into the stands and see babies. I see two-year-old kids coming to the game. You can sit there. Just put up a net all the to left field    or whatever."


Home equity lines of credit – the funds you need with affordable payments

Introductory rate
1.99% APR* for six months

Variable rates as low as
3.24% APR* thereafter

TruMark Financial®    Click for details

> "What if I broke all her teeth? What if I broke her nose?" Galvis said. "If I hit her in one eye and she loses that. What are they going to do? It's going to be a big deal for two, three days. Everybody in TV, media, whatever. But after three days what's going to happen? They're going to forget. But that family won't forget that. Do you think the little baby will forget that? It's true life. It's something you have to put before everything. Safety first. Safety." <p>

## MORE NEWS


Ellis Gets Big Hit In Phillies Debut To Key 5-1 Win Vs Mets

Phillies Routed In New York 12-1


Mets Take Down Phillies, 9-4

Powered by CBS


**Todd Zolecki**    [ Follow ]
@ToddZolecki

Freddy Galvis is shaken after hitting a little girl in face with foul ball. Wants more netting to protect fans.
9:58 AM - 21 Aug 2016

134        311

> "The fans give you the money, so you should protect them, right?" Galvis said. "We're worried about speeding up the game. Why don't you put up a net and protect all the fans? I always look into the stands and see babies. I see two-year-old kids coming to the game. You can sit there. Just put up a net all the way to left field or whatever. Are they going to lose money? No way. They're making millions of dollars from fans. So protect the fans, that's the only thing." <p>


**Todd Zolecki**    [ Follow ]
@ToddZolecki

Freddy Galvis at bat. Still upset after hitting girl in face with foul ball last night. Wants more netting at parks.
11:16 AM - 21 Aug 2016

32        118

Phillies executive vice president and chief operating officer Mike Stiles

responded in a statement.

"The Phillies expanded our netting this <u>season</u>   to the sides of the dugout near home plate, as was suggested by Major League Baseball. We decided earlier this season to consider the possibility of further expansion next season. In making that determination at the conclusion of the 2016 season, we will take into account a number of factors including the opinion of our uniformed personnel and, most importantly, the wishes and safety of our fans."

**Should MLB expand the foul ball netting?**

◯ Yes

◯ No

⬭ Vote

View Results  Polldaddy.com

**Andrew Porter**

Follow @And_Porter

Andrew Porter was hired by SportsRadio 94WIP in June of 2012. In 2014, Porter was promoted to CBSPhilly.com's sports editor and can now be heard occasionally on nights and weekends on 94WIP. Porter also hosts his "Pulse Of Philly" podcast. Born a...

**More from** Andrew Porter

 Comments



SPONSORED CONTENT
**See The World From One Little Ant's Perspective.**
Watch as this tiny insect shows you the way to a richer life.

Ad by Costa Sunglasses

**Sponsored Content**



**Rare Leaked Photos Of Bill Clinton He Doesn't Want Seen**



**Rare Unseen Photos Of Hillary Clinton They Don't Want You To See**



**How To Fix Your Fatigue (Do This Every Day)**
(Gundry MD)

(Frank151)                          (Frank151)

## More Promoted Stories

- **The Hearing Aid of the Future is Here**
  (Hear.com)

- **The NR Experiment - She's Over 50 [Watch]**
  (Science Health News)

- **Hikers Found This Horse Alone In The Woods. Then They Looked At His Face and Realized…** (Scribol)

- **Rare Glimpse at these Secret Abandoned Military Bases (Photos)** (History Fanatic)

- **What Might Be Causing That Crick in Your Neck** (Excedrin)

- **Never Before Seen Photos Of The Clintons They Don't Want Seen** (Frank151)

## We Recommend

- **How The 'Gross' Plant Taking Over The Schuylkill Is Actually Beneficial**

- **Son Charged With Murdering Parents At South Jersey Home**

- **Philly Area Born Filmmakers Need Help For 'Dallas Sucks' Documentary**

- **Villanova Readies For Final Season Under Andy Talley**

- **Man Found Dead Inside Bedroom After Fire In Fox Chase**

- **Legal Expert Comments On Kathleen Kane's Conviction**

Recommended by


SEE YOURSELF OUT AT SEA WITH AMERICAN EXPRESS TRAVEL      TAKE MEMBERSHIP FURTHER    Book Now
AMERICAN EXPRESS **TRAVEL**

## More From CBS Philly





Follow Us

| NEWS | SPORTS | TOP SPOTS | WATCH & LISTEN | OTHER | CORPORATE |
|---|---|---|---|---|---|
| Local | Local | Arts & Culture | CBS3 | TV Program Guide | About Us |
| Business | Phillies | Shopping & Style | KYW Newsradio 1060 | Videos | Advertise |
| Consumer | Sixers | Food & Drink | Sportsradio 94 WIP | Audio | Business Development |
| Entertainment | Flyers | Nightlife & Music | Talk Radio 1210 WPHT | Contests | Contact |
| Health | Eagles | Family & Pets | | Links | Mobile |
| Politics | | Travel | | School Closings | Connect |
| Tech | | Events | | Only CBS | CBS Television Public File |
| Weather | | | | | CBS Radio Public File |
| Traffic | | | | | |

©2016 CBS Local Media, a division of CBS Radio Inc. All rights reserved.
Powered by WordPress.com VIP

By viewing our video content, you are accepting the terms of our Video Services Policy
Privacy Policy    Terms of Use    Your California Privacy Rights    Mobile User Agreement    Ad Choices    EEO Reports