Steve W. Berman (*Pro Hac Vice*)
Jerrod C. Patterson (*Pro Hac Vice*)
Anthea Grivas (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite #3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
antheag@hbsslaw.com

Robert C. Hilliard (*Pro Hac Vice*)
Marion Reilly (*Pro Hac Vice*)
HILLIARD MUÑOZ GONZALES LLP
719 S. Shoreline Blvd., Suite #500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
bobh@hmglawfirm.com
marion@hmglawfirm.com

*Counsel for Plaintiffs Gail Payne and Stephanie Smith*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GAIL PAYNE and STEPHANIE SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL (d/b/a MAJOR LEAGUE BASEBALL), ROBERT D. MANFRED, JR., THE LOS ANGELES DODGERS, THE SAN DIEGO PADRES, THE SAN FRANCISCO GIANTS, THE LOS ANGELES ANGELS OF ANAHEIM, AND THE OAKLAND ATHLETICS,<br><br>Defendants. | No. 4:15-CV-03229-YGR<br><br>NOTICE OF WITHDRAWAL OF MOTION |

010525-11  864921V1

On August 29, 2016, plaintiffs filed a Motion for Leave to File Supplemental Material Pursuant to Local Rule 7-3(d).  ECF No. 95.  Defense counsel has informed plaintiffs that they have no objection to filing this supplemental material, and will so stipulate.

As a result, plaintiffs withdraw the motion.  The Court may remove the noticed hearing date from its calendar.

DATED:  September 8, 2016                HAGENS BERMAN SOBOL SHAPIRO LLP


By   */s/ Steve W. Berman*
       STEVE W. BERMAN (*Pro Hac Vice*)

Jerrod C. Patterson (*Pro Hac Vice*)
Anthea Grivas (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com
antheag@hbsslaw.com

Robert Hilliard (*Pro Hac Vice*)
Marion M. Reilly (*Pro Hac Vice*)
HILLIARD MUÑOZ GONZALES L.L.P.
719 S. Shoreline Blvd., Suite #500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
bobh@hmglawfirm.com
marion@hmglawfirm.com

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Counsel for Plaintiffs Gail Payne and Stephanie Smith*